Exhibit 2

| US7203844B1 | Landry's website landrysinc.com ("The accused instrumentality") |
|---|---|
| 1. A method for a recursive security protocol for protecting digital content, comprising: | The accused instrumentality practices a method for a recursive security protocol (e.g., TLS 1.3 security protocol) for protecting digital content (e.g., digital certificate related to the accused instrumentality).<br><br>The accused instrumentality utilizes TLS 1.3 security protocol (hereinafter "the standard") for communicating content such as digital certificate, application data, etc., with a client. The standard provides a two-level encryption security. It encrypts a plaintext with a first encryption technique and generates a ciphertext. Further, it encrypts the ciphertext with a second encryption technique i.e., recursive encryption security.<br><br><br>https://www.landrysinc.com/#maincontent |



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

Security overview

🔒 ⓘ ⚠

This page is secure (valid HTTPS).

■ Certificate - **valid and trusted**

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

■ Connection - **secure connection settings**

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality utilizes a two-level algorithm security. It utilizes the SHA256RSA encryption algorithm as a first encryption algorithm i.e., signature encryption algorithm and the TLS_AES_256_GCM_SHA384 encryption algorithm as a second encryption algorithm i.e., AEAD encryption algorithm.



*Source: Fiddler Capture*

3F ED CC 1E 70 7E
   signature_algs      ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384,
rsa_pss_rsae_sha512, rsa_pkcs1_sha512
   0x001b        02 00 02
   status_request    OCSP - Implicit Responder     [First encryption algorithm]
   extended_master_secret   empty
   0x4469       00 03 02 68 32
   renegotiation_info  00
   0xfe0d       00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes  01 01
      ALPN         h2, http/1.1     [Digital certificate]
      SignedCertTimestamp (RFC6962)    empty
      supported_groups  grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions grease [0xbaba], Tls1.3, Tls1.2
      server_name     www.landrysinc.com
      ec_point_formats   uncompressed [0x0]
      SessionTicket    empty
      grease (0x7a7a)   00

*Source: Fiddler Capture*

3F ED CC 1E 70 7E
   signature_algs      ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384,
rsa_pss_rsae_sha512, rsa_pkcs1_sha512
   0x001b        02 00 02
   status_request    OCSP - Implicit Responder     [First encryption algorithm]
   extended_master_secret   empty
   0x4469       00 03 02 68 32
   renegotiation_info  00
   0xfe0d       00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes  01 01
      ALPN         h2, http/1.1
      SignedCertTimestamp (RFC6962)    empty
      supported_groups   grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions grease [0xbaba], Tls1.3, Tls1.2
      server_name     www.landrysinc.com
      ec_point_formats   uncompressed [0x0]
      SessionTicket    empty
      grease (0x7a7a)   00

*Source: Fiddler Capture*



Source: Fiddler Capture

Source: Fiddler Capture



*Source: Fiddler Capture*

*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are

encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2.  Protocol Overview

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

-  A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

Negotiating encryption algos

-  A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
           Figure 1 below shows the basic full TLS handshake:

               Client                                        Server

   Key  ^ ClientHello
   Exch | + key_share*
        | + signature_algorithms*
        | + psk_key_exchange_modes*
        v + pre_shared_key*        -------->
                                                ServerHello  ^ Key
                                               + key_share*  | Exch
                                           + pre_shared_key* v
                                       {EncryptedExtensions} ^  Server
                                       {CertificateRequest*} v  Params
                                              {Certificate*} ^
                                        {CertificateVerify*} | Auth
                                                  {Finished} v
                                 <--------  [Application Data*]
           ^ {Certificate*}
   Auth | {CertificateVerify*}
        v {Finished}             -------->
           [Application Data]    <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

Second encryption

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

First encryption

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

|  | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.<br><br>In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| --- | --- |

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**Introduction**

The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:

First encryption

- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.

- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.
https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
additional_data = TLSCiphertext.opaque_type ||
                  TLSCiphertext.legacy_record_version ||
                  TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD
encryption operation.  The length of the plaintext is greater than
the corresponding TLSPlaintext.length due to the inclusion of
TLSInnerPlaintext.type and any padding supplied by the sender.  The
length of the AEAD output will generally be larger than the
plaintext, but by an amount that varies with the AEAD algorithm.
https://datatracker.ietf.org/doc/html/rfc8446#section-1


Each AEAD algorithm will specify a range of possible lengths for the
per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116].
The length of the TLS per-record nonce (iv_length) is set to the
larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116],
Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes
MUST NOT be used with TLS.  The per-record nonce for the AEAD
construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

|  | This specification defines the following cipher suites for use with TLS 1.3.<br><br><br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| --- | --- |
| encrypting a bitstream with a first encryption algorithm; | The standard practices encrypting a bitstream (e.g., bitstream of digital certificate) with a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA256RSA encryption algorithm).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA encryption algorithm) and generates a ciphertext. |

Security overview

🔒  ⓘ  ⚠

This page is secure (valid HTTPS).

■ Certificate - **valid and trusted**

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

■ Connection - **secure connection settings**

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality discloses the signature encryption algorithm.



*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for

encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)   These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
           Figure 1 below shows the basic full TLS handshake:

              Client                                        Server

      Key  ^ ClientHello
      Exch | + key_share*
           | + signature_algorithms*
           | + psk_key_exchange_modes*
           v + pre_shared_key*        -------->
                                                     ServerHello  ^ Key
                                                     + key_share*  | Exch
                                               + pre_shared_key*  v
                                            {EncryptedExtensions}  ^  Server
                                            {CertificateRequest*}  v  Params
                                                    {Certificate*}  ^
                                              {CertificateVerify*}  | Auth
                                                       {Finished}  v
                                            <--------  [Application Data*]
              ^ {Certificate*}
      Auth  | {CertificateVerify*}
              v {Finished}                -------->
                [Application Data]        <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1.  Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

First encryption

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

| | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.<br><br>In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:<br><br>First encryption<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br>https://datatracker.ietf.org/doc/html/rfc8446 |
| associating a first decryption algorithm with the encrypted bit stream; | The standard practices associating a first decryption algorithm (e.g., signature decryption algorithm i.e., SHA256RSA decryption algorithm) with the encrypted bit stream (e.g., encrypted certificate with signature encryption algorithm).<br><br>The standard practices providing a two-level encryption security for data |

communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA encryption algorithm) and generates a ciphertext.

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate.



https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality discloses the signature decryption algorithm.



*Source: Fiddler Capture*



## OID description

First decryption algorithm identifier

**OID:**
{iso(1) member-body(2) us(840) rsadsi(113549) pkcs(1) pkcs-1(1) sha256WithRSAEncryption(11)}    (ASN.1 notation)

1.2.840.113549.1.1.11    (dot notation)

/ISO/Member-Body/US/113549/1/1/11    (OID-IRI notation)

**Description:**  Public-Key Cryptography Standards (PKCS) #1 version 1.5 signature algorithm with Secure Hash Algorithm 256 (SHA256) and Rivest, Shamir and Adleman (RSA) encryption

http://oid-info.com/get/1.2.840.113549.1.1.11

```
-- When the following OIDs are used in an AlgorithmIdentifier, the
-- parameters MUST be present and MUST be NULL.

sha224WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 14 }

sha256WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 11 }

sha384WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 12 }

sha512WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 13 }
```

https://www.ietf.org/rfc/rfc4055.txt

```
          Figure 1 below shows the basic full TLS handshake:

              Client                                        Server

     Key  ^ ClientHello
     Exch | + key_share*
          | + signature_algorithms*
          | + psk_key_exchange_modes*
          v + pre_shared_key*         -------->
                                                   ServerHello  ^ Key
                                                  + key_share*  | Exch
                                              + pre_shared_key* v
                                          {EncryptedExtensions} ^  Server
                                          {CertificateRequest*} v  Params
                                                 {Certificate*} ^
                                           {CertificateVerify*} | Auth
                                                     {Finished} v
                                    <--------  [Application Data*]
          ^ {Certificate*}
     Auth | {CertificateVerify*}
          v {Finished}              -------->
            [Application Data]      <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

**5.  Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**2.  Protocol Overview**



The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

  > Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

          Client                                          Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*         -------->
                                             ServerHello  ^ Key
                                            + key_share*  | Exch
                                        + pre_shared_key* v
                                      {EncryptedExtensions} ^  Server
                                      {CertificateRequest*} v  Params
                                            {Certificate*} ^
                                      {CertificateVerify*} | Auth
                                              {Finished}   v
                                 <--------  [Application Data*]
       ^ {Certificate*}
  Auth | {CertificateVerify*}
       v {Finished}              -------->
         [Application Data]      <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

First encryption

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2. Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3. Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

First decryption algorithm information

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3. Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

As shown below, the receiving party will be able to decrypt the encrypted message
with the provided signature decryption algorithm information i.e., SHA-256 RSA
decryption algorithm.

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$    First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$    First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

| | |
|---|---|
| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.<br><br>https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| encrypting both the encrypted bit stream and the first decryption algorithm with a second encryption algorithm to yield a second bit stream; | The standard practices encrypting both the encrypted bit stream (e.g., encrypted digital certificate) and the first decryption algorithm (e.g., signature decryption algorithm) with a second encryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield a second bit stream (e.g., TLS ciphertext bitstream).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext.<br><br>The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. |

The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including the encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc.



https://www.landrysinc.com/#maincontent

## The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD

encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

  Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
AEAD algorithms take as input a single key, a nonce, a plaintext, and
"additional data" to be included in the authentication check, as
described in Section 2.1 of [RFC5116].  The key is either the
client_write_key or the server_write_key, the nonce is derived from
the sequence number and the client_write_iv or server_write_iv (see
Section 5.3), and the additional data input is the record header.

I.e.,

    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD
encryption operation.  The length of the plaintext is greater than
the corresponding TLSPlaintext.length due to the inclusion of
TLSInnerPlaintext.type and any padding supplied by the sender.  The
length of the AEAD output will generally be larger than the
plaintext, but by an amount that varies with the AEAD algorithm.
https://datatracker.ietf.org/doc/html/rfc8446#section-1


Each AEAD algorithm will specify a range of possible lengths for the
per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116].
The length of the TLS per-record nonce (iv_length) is set to the
larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116],
Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes
MUST NOT be used with TLS.  The per-record nonce for the AEAD
construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.



```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.
https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
          Figure 1 below shows the basic full TLS handshake:

             Client                                      Server

    Key  ^ ClientHello
    Exch | + key_share*
         | + signature_algorithms*
         | + psk_key_exchange_modes*
         v + pre_shared_key*         -------->
                                                 ServerHello  ^ Key
                                                + key_share*  | Exch
                                            + pre_shared_key*  v
                                          {EncryptedExtensions}  ^  Server
                                          {CertificateRequest*}  v  Params
                                                  {Certificate*}  ^
                                            {CertificateVerify*}  | Auth
                                                     {Finished}  v
                                       <--------  [Application Data*]
          ^ {Certificate*}
    Auth | {CertificateVerify*}
          v {Finished}               -------->
             [Application Data]      <-------->  [Application Data]
```

[Digital Content]

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1.  Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

Second encryption

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A

First encryption

"signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

First decryption algorithm information

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
   certificate request and which will be echoed in the client's
   Certificate message.  The certificate_request_context MUST be
   unique within the scope of this connection (thus preventing replay
   of client CertificateVerify messages).  This field SHALL be zero
   length unless used for the post-handshake authentication exchanges
   described in Section 4.6.2.  When requesting post-handshake
   authentication, the server SHOULD make the context unpredictable
   to the client (e.g., by randomly generating it) in order to
   prevent an attacker who has temporary access to the client's
   private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
   certificate being requested.  The "signature_algorithms" extension
   MUST be specified, and other extensions may optionally be included
   if defined for this message.  Clients MUST ignore unrecognized
   extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | The "extension_data" field of these extensions contains a <br> SignatureSchemeList value: <br><br> ```enum {``` <br>    ```/* RSASSA-PKCS1-v1_5 algorithms */``` <br>    ```rsa_pkcs1_sha256(0x0401),``` <br>    ```rsa_pkcs1_sha384(0x0501),``` <br>    ```rsa_pkcs1_sha512(0x0601),``` <br><br>    ```/* ECDSA algorithms */``` <br>    ```ecdsa_secp256r1_sha256(0x0403),``` <br>    ```ecdsa_secp384r1_sha384(0x0503),``` <br>    ```ecdsa_secp521r1_sha512(0x0603),``` <br><br>    ```/* RSASSA-PSS algorithms with public key OID rsaEncryption */``` <br>    ```rsa_pss_rsae_sha256(0x0804),``` <br>    ```rsa_pss_rsae_sha384(0x0805),``` <br>    ```rsa_pss_rsae_sha512(0x0806),``` <br><br>    ```/* EdDSA algorithms */``` <br>    ```ed25519(0x0807),``` <br>    ```ed448(0x0808),``` <br><br>    ```/* RSASSA-PSS algorithms with public key OID RSASSA-PSS */``` <br>    ```rsa_pss_pss_sha256(0x0809),``` <br>    ```rsa_pss_pss_sha384(0x080a),``` <br>    ```rsa_pss_pss_sha512(0x080b),``` <br><br> https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| associating a second decryption algorithm with the second bit stream. | The standard practices associating a second decryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) with the second bit stream (e.g., TLS ciphertext bitstream). <br><br> The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext. |

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc.



https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

## Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*

Encrypted HTTPS traffic flows through this CONNECT tunnel. HTTPS Decryption is enabled in Fiddler, so decrypted sessions running in this tunnel will be shown in the Web Sessions list.

Secure Protocol: TLS 1.3
Cipher Suite: TLS_AES_256_GCM_SHA384

== Server Certificate ==========
[Version]
 V3

[Subject]
 CN=*.landrysinc.com, O="Landry's, LLC", L=Houston, S=Texas, C=US
 Simple Name: *.landrysinc.com
 DNS Name: *.landrysinc.com

[Issuer]

**Second decryption algorithm**

*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext

handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

Further, the AEAD encrypted message comprises a ciphertext (e.g., encrypted ciphertext after the encryption by the second encryption algorithm), nonce (e.g., associating second decryption algo), key and associated data. The maximum length of nonce is a cipher suit specific element. The nonce and associated data are utilized in decryption of the AEAD encrypted message.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
AEAD algorithms take as input a single key, a nonce, a plaintext, and
"additional data" to be included in the authentication check, as
described in Section 2.1 of [RFC5116].  The key is either the
client_write_key or the server_write_key, the nonce is derived from
the sequence number and the client_write_iv or server_write_iv (see
Section 5.3), and the additional data input is the record header.

I.e.,

   additional_data = TLSCiphertext.opaque_type ||
                     TLSCiphertext.legacy_record_version ||
                     TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.2.  Authenticated Decryption

Second decryption algorithm

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS.  The per-record nonce for the AEAD construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

           Client                                         Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*          -------->
                                              ServerHello  ^ Key
                                             + key_share*  | Exch
                                         + pre_shared_key* v
                                        {EncryptedExtensions}  ^  Server
                                         {CertificateRequest*} v  Params
                                                 {Certificate*}  ^
                                           {CertificateVerify*}  | Auth
                                                    {Finished}  v
                                       <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}               -------->
       [Application Data]       <-------> [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2. Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in [Section 4.2.3](#).

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | The "extension_data" field of these extensions contains a SignatureSchemeList value:<br><br>```<br>enum {<br>    /* RSASSA-PKCS1-v1_5 algorithms */<br>    rsa_pkcs1_sha256(0x0401),<br>    rsa_pkcs1_sha384(0x0501),<br>    rsa_pkcs1_sha512(0x0601),<br><br>    /* ECDSA algorithms */<br>    ecdsa_secp256r1_sha256(0x0403),<br>    ecdsa_secp384r1_sha384(0x0503),<br>    ecdsa_secp521r1_sha512(0x0603),<br><br>    /* RSASSA-PSS algorithms with public key OID rsaEncryption */<br>    rsa_pss_rsae_sha256(0x0804),<br>    rsa_pss_rsae_sha384(0x0805),<br>    rsa_pss_rsae_sha512(0x0806),<br><br>    /* EdDSA algorithms */<br>    ed25519(0x0807),<br>    ed448(0x0808),<br><br>    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */<br>    rsa_pss_pss_sha256(0x0809),<br>    rsa_pss_pss_sha384(0x080a),<br>    rsa_pss_pss_sha512(0x080b),<br>```<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 2. The method of claim 1, further comprising decrypting the first bit stream and the second | The standard further discloses decrypting the first bit stream (e.g., encrypted digital certificate with signature encryption algorithm i.e., SHA-256 RSA, etc.) and the second bit stream (e.g., a second-level encryption with AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) with the first associated decryption |

| | |
|---|---|
| bit stream with the first associated decryption algorithm and the second associated decryption algorithm wherein the decryption is accomplished by a target unit. | algorithm (e.g., signature decryption algorithm i.e., SHA-256 RSA, etc.) and the second associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) wherein the decryption is accomplished by a target unit (e.g., a server of the accused instrumentality).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext.<br><br>The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including the encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc. |

Security overview

🔒 ⓘ ⚠

This page is secure (valid HTTPS).

■ Certificate - valid and trusted

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

■ Connection - secure connection settings

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - all served securely

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*

3F ED CC 1E 70 7E
  signature_algs    ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384, rsa_pss_rsae_sha512, rsa_pkcs1_sha512
  0x001b            02 00 02
  status_request    OCSP - Implicit Responder          **First encryption algorithm**
  extended_master_secret    empty
  0x4469            00 03 02 68 32
  renegotiation_info  00
  0xfe0d            00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30 41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6 45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D 52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39 29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes   01 01          **Digital certificate**
      ALPN              h2, http/1.1
      SignedCertTimestamp (RFC6962)         empty
      supported_groups   grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions  grease [0xbaba], Tls1.3, Tls1.2
      server_name        www.landrysinc.com
      ec_point_formats   uncompressed [0x0]
      SessionTicket       empty
      grease (0x7a7a)     00

*Source: Fiddler Capture*

---

3F ED CC 1E 70 7E
  signature_algs    ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384, rsa_pss_rsae_sha512, rsa_pkcs1_sha512
  0x001b            02 00 02
  status_request    OCSP - Implicit Responder          **First encryption algorithm**
  extended_master_secret    empty
  0x4469            00 03 02 68 32
  renegotiation_info  00
  0xfe0d            00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30 41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6 45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D 52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39 29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes   01 01
      ALPN              h2, http/1.1
      SignedCertTimestamp (RFC6962)         empty
      supported_groups   grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions  grease [0xbaba], Tls1.3, Tls1.2
      server_name        www.landrysinc.com
      ec_point_formats   uncompressed [0x0]
      SessionTicket       empty
      grease (0x7a7a)     00

*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are

encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

Further, the AEAD encrypted message comprises a ciphertext (e.g., encrypted ciphertext after the encryption by the second encryption algorithm), nonce (e.g., associating second decryption algo), key and associated data. The maximum length of nonce is a cipher suit specific element. The nonce and associated data are utilized in decryption of the AEAD encrypted message.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview


Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol ([Section 4](#)) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

  > Negotiating encryption algos

- A record protocol ([Section 5](#)) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1. Record Layer

The record layer fragments information blocks into TLSPlaintext
records carrying data in chunks of 2^14 bytes or less.  Message
boundaries are handled differently depending on the underlying
ContentType.  Any future content types MUST specify appropriate
rules.  Note that these rules are stricter than what was enforced in
TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record
or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record
  types.  That is, if a handshake message is split over two or more
  records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2. Record Payload Protection

The record protection functions translate a TLSPlaintext structure
into a TLSCiphertext structure.  The deprotection functions reverse
the process.  In TLS 1.3, as opposed to previous versions of TLS, all
ciphers are modeled as "Authenticated Encryption with Associated
Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption
and authentication operation which turns plaintext into authenticated
ciphertext and back again.  Each encrypted record consists of a
plaintext header followed by an encrypted body, which itself contains
a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which
is an octet string:

A secret key K, which MUST be generated in a way that is uniformly
random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the
Authenticated Encryption operation MUST be distinct, for any
particular value of the key, unless each and every nonce is zero-
length.  Applications that can generate distinct nonces SHOULD use
the nonce formation method defined in Section 3.2, and MAY use any
other method that meets the uniqueness requirement.  Other
applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and
authenticated.

The associated data A, which contains the data to be
authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.2.  Authenticated Decryption

Second decryption algorithm

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS.  The per-record nonce for the AEAD construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

           Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                            ServerHello  ^ Key
                                           + key_share*  | Exch
                                       + pre_shared_key* v
                                     {EncryptedExtensions} ^  Server
                                      {CertificateRequest*} v  Params
                                             {Certificate*} ^
                                       {CertificateVerify*} | Auth
                                                 {Finished} v
                                <--------  [Application Data*]
        ^ {Certificate*}
Auth | {CertificateVerify*}
        v {Finished}            -------->
          [Application Data]    <-------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

As shown below, the receiving party will be able to decrypt the encrypted message
with the provided signature decryption algorithm information i.e., SHA-256 RSA
decryption algorithm.

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de \equiv 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$        First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$        First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

|  | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.<br><br>https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| 3. The method of claim 2, wherein the decrypting is done using a key associated with each decryption algorithm. | The standard practices the method such that the decrypting is done using a key (e.g., decryption key) associated with each decryption algorithm (e.g., signature decryption algorithm such as SHA-256RSA, etc., and AEAD decryption algorithm such as TLS_AES_256_GCM_SHA384, etc.). |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

0xfe0d      00 00 01 00 01 5C 00 20 01 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 5C 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 54 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA 4F 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes    01 01
      ALPN                      h2, http/1.1
      SignedCert Timestamp (RFC6962)      empty
      supported_groups  grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions  grease [0xbaba], Tls1.3, Tls1.2
      server_name             www.landrysinc.com
      ec_point_formats        uncompressed [0x0]
      Session Ticket          empty
      grease (0x7a7a)         00

*Source: Fiddler Capture*

As shown below, the signature decryption algorithm utilizes a private key for a first decryption and the AEAD decryption algorithm uses a key K. Both the decryption

techniques are decrypting using their respective associated keys.

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$     First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$     First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

Case 2:24-cv-01041   Document 1-2   Filed 12/12/24   Page 145 of 557 PageID #: 175

The solution to the problem is that one never signs an actual message.
Rather one signs a value derived from that message. A *cryptographic
hash function* is a function that computes a *message authentication
code* from a message. The message authentication code is of fixed
size, typically 160 of 512 bits long. The function is designed so that
it is extremely unlikely that two different messages will correspond
to the same code. You may have seen references to the commonly
used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a
cryptographic hash function. To sign a message $m$, party $A$ computes
$h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence
that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who
could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

<table>
<tr><td></td><td>

**2.2.  Authenticated Decryption**

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

</td></tr>
<tr><td>

4. The method of claim 3, wherein the key is resident in hardware of the target unit or the key is retrieved from a server.

</td><td>

The standard utilized by the accused instrumentality practices the method such that the key is resident in hardware (e.g., stored in a memory storage of the server such as a database, RAM, etc.) of the target unit (e.g., server of the accused instrumentality) or the key is retrieved from a server.

</td></tr>
</table>



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

0xfe0d        00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 20 83 06 A4 9D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
            psk_key_exchange_modes    01 01
            ALPN                      h2, http/1.1
            SignedCertTimestamp (RFC6962)         empty
            supported_groups    grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
            supported_versions  grease [0xbaba], Tls1.3, Tls1.2
            server_name               www.landrysinc.com
            ec_point_formats          uncompressed [0x0]
            Session Ticket            empty
            grease (0x7a7a)           00

*Source: Fiddler Capture*

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management







### 3. Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management






# 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

As shown below, the server comprises a memory storage to store messages for establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. Both the decryption techniques are decrypting using their respective associated keys. A server must have a storage to store information pertaining to these algorithms and their corresponding keys such as private key, Key K, etc., to establish secure TLS communication with a client.

Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake. This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.

https://datatracker.ietf.org/doc/html/rfc8446#

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$     First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$     First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+-----------------------------------+-------------+
| Description                       | Value       |
+-----------------------------------+-------------+
| TLS_AES_128_GCM_SHA256            | {0x13,0x01} |
|                                   |             |
| TLS_AES_256_GCM_SHA384            | {0x13,0x02} |
|                                   |             |
| TLS_CHACHA20_POLY1305_SHA256      | {0x13,0x03} |
|                                   |             |
| TLS_AES_128_CCM_SHA256            | {0x13,0x04} |
|                                   |             |
| TLS_AES_128_CCM_8_SHA256          | {0x13,0x05} |
+-----------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2.2.  Authenticated Decryption

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| 5. The method of claim 4, wherein the key is contained in a key data structure. | The standard utilized by the accused instrumentality practices the method such that the key (e.g., private key, Key K, etc.) is contained in a key data structure (e.g., data structure). |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



[https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US](https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US)

0xfe0d        00 00 01 00 01 5C 00 20 01 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 42 3B 8F E3 79 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 C5 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FF 44 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
        psk_key_exchange_modes    01 01
        ALPN                h2, http/1.1
        SignedCert Timestamp (RFC6962)        empty
        supported_groups    grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
        supported_versions  grease [0xbaba], Tls1.3, Tls1.2
        server_name         www.landrysinc.com
        ec_point_formats    uncompressed [0x0]
        Session Ticket      empty
        grease (0x7a7a)     00

*Source: Fiddler Capture*

The accused instrumentality utilizes a server to establish a secure TLS communication with a client. The server must comprise a memory storage and store data according to

a data structure to implement the standard efficiently.

 Tech Accelerator

## Server hardware guide: Architecture, products and management








### 3.  Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 Tech Accelerator

# Server hardware guide: Architecture, products and management





## 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

| | A data structure is a specialized format for organizing, processing, retrieving and storing data. There are several basic and advanced types of data structures, all designed to arrange data to suit a specific purpose. Data structures make it easy for users to access and work with the data they need in appropriate ways. Most importantly, data structures frame the organization of information so that machines and humans can better understand it.<br><br>In computer science and computer programming, a data structure may be selected or designed to store data for the purpose of using it with various algorithms. In some cases, the algorithm's basic operations are tightly coupled to the data structure's design. Each data structure contains information about the data values, relationships between the data and -- in some cases -- functions that can be applied to the data.<br><br>https://www.techtarget.com/searchdatamanagement/definition/data-structure<br><br>As shown below, the server comprises a memory storage to store messages for establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. Both the decryption techniques are decrypting using their respective associated keys. A server must have a storage to store information pertaining to these algorithms and their corresponding keys such as private key, Key K, etc., to establish secure TLS communication with a client. |
|---|---|

|  | Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake. This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.<br><br>https://datatracker.ietf.org/doc/html/rfc8446# |

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de \equiv 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$   First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$   First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
|  TLS_AES_128_GCM_SHA256      | {0x13,0x01} |
|                              |             |
|  TLS_AES_256_GCM_SHA384      | {0x13,0x02} |
|                              |             |
|  TLS_CHACHA20_POLY1305_SHA256| {0x13,0x03} |
|                              |             |
|  TLS_AES_128_CCM_SHA256      | {0x13,0x04} |
|                              |             |
|  TLS_AES_128_CCM_8_SHA256    | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **2.2.  Authenticated Decryption**<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 11. The method of claim 3, wherein each encryption algorithm is a symmetric key system or an asymmetric key system. | The standard practices the method such that each encryption algorithm (e.g., signature encryption algorithm i.e., SHA256RSA, etc., and AEAD encryption algorithm i.e., TLS_AES_256_GCM_SHA384, etc.) is a symmetric key system (e.g., AEAD encryption algorithm, etc.) or an asymmetric key system (e.g., signature encryption algorithm).<br><br>As shown below, the server comprises a memory storage to store messages for |

establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. The standard defines the signature encryption algorithm as an asymmetric cryptography algorithm and the AEAD encryption algorithm as the symmetric cryptography algorithm.

Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake.  This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.

https://datatracker.ietf.org/doc/html/rfc8446#

Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

https://datatracker.ietf.org/doc/html/rfc8446#section-4

|  | cipher_suites: A list of the symmetric cipher options supported by the client, specifically the record protection algorithm (including secret key length) and a hash to be used with HKDF, in descending order of client preference. Values are defined in Appendix B.4. If the list contains cipher suites that the server does not recognize, support, or wish to use, the server MUST ignore those cipher suites and process the remaining ones as usual. If the client is attempting a PSK key establishment, it SHOULD advertise at least one cipher suite indicating a Hash associated with the PSK.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4 |

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$D(C, K_D) = P$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

<table>
<tr>
<td></td>
<td>

## 2.2. Authenticated Decryption

The <u>authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P</u> or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are <u>authentic for key K</u> when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The <u>length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm</u>.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

</td>
</tr>
<tr>
<td>

12. The method of claim 3, further comprising associating a first Message Authentication Code (MAC) or first digital signature with each

</td>
<td>

The standard practices associating a first Message Authentication Code (MAC) (e.g., message authentication code with hashing function) or first digital signature with each encrypted bit stream (e.g., encrypted bit stream with the signature encryption algorithm i.e., SHA256RSA, etc., and encrypted bitstream with the AEAD encryption algorithm i.e., TLS_AES_256_GCM_SHA384, etc.).

As shown below, the standard discloses a hashing function with each of the encryption

</td>
</tr>
</table>

| | |
|---|---|
| encrypted bit stream. | algorithm. It performs a message authentication code with the utilized hashing function.  *Source: Fiddler Capture* |



*Source: Fiddler Capture*

*Source: Fiddler Capture*

| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property. |
| | https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| | The list of supported symmetric encryption algorithms has been pruned of all algorithms that are considered legacy.  Those that remain are all Authenticated Encryption with Associated Data (AEAD) algorithms.  The cipher suite concept has been changed to separate the authentication and key exchange mechanisms from the record protection algorithm (including secret key length) and a hash to be used with both the key derivation function and handshake message authentication code (MAC). |
| | https://datatracker.ietf.org/doc/html/rfc8446#section-4 |
| 19. A system for a recursive security | The accused instrumentality utilizes a system for a recursive security protocol (e.g., TLS 1.3 security protocol) for protecting digital content (e.g., digital certificate related |

| protocol for protecting digital content, comprising a processor to execute instructions and a memory operable to store instructions for performing the steps of: | to the accused instrumentality), comprising a processor (e.g., a processor of the server of the accused instrumentality) to execute instructions and a memory (e.g., a memory of the server of the accused instrumentality) operable to store instructions.<br><br>The accused instrumentality utilizes TLS 1.3 security protocol (hereinafter "the standard") for communicating content such as digital certificate, application data, etc., with a client. The standard provides a two-level encryption security. It encrypts a plaintext with a first encryption technique and generates a ciphertext. Further, it encrypts the ciphertext with a second encryption technique i.e., recursive encryption security.<br><br><br>https://www.landrysinc.com/#maincontent |



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

Security overview

🔒  ⓘ  ⚠

This page is secure (valid HTTPS).

■  Certificate - **valid** and **trusted**

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

■  Connection - **secure connection settings**

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

■  Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality utilizes a two-level algorithm security. It utilizes the SHA256RSA encryption algorithm as a first encryption algorithm i.e., signature encryption algorithm and the TLS_AES_256_GCM_SHA384 encryption algorithm as a second encryption algorithm i.e., AEAD encryption algorithm.



*Source: Fiddler Capture*

3F ED CC 1E 70 7E
   signature_algs   ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384,
rsa_pss_rsae_sha512, rsa_pkcs1_sha512
   0x001b     02 00 02
   status_request   OCSP - Implicit Responder    **First encryption algorithm**
   extended_master_secret   empty
   0x4469     00 03 02 68 32
   renegotiation_info   00
   0xfe0d     00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes  01 01
      ALPN    h2, http/1.1    **Digital certificate**
      SignedCertTimestamp (RFC6962)   empty
      supported_groups  grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions grease [0xbaba], Tls1.3, Tls1.2
      server_name   www.landrysinc.com
      ec_point_formats  uncompressed [0x0]
      SessionTicket  empty
      grease (0x7a7a)  00

*Source: Fiddler Capture*

3F ED CC 1E 70 7E
   signature_algs   ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384,
rsa_pss_rsae_sha512, rsa_pkcs1_sha512
   0x001b     02 00 02
   status_request   OCSP - Implicit Responder    **First encryption algorithm**
   extended_master_secret   empty
   0x4469     00 03 02 68 32
   renegotiation_info   00
   0xfe0d     00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
      psk_key_exchange_modes  01 01
      ALPN    h2, http/1.1
      SignedCertTimestamp (RFC6962)   empty
      supported_groups  grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
      supported_versions grease [0xbaba], Tls1.3, Tls1.2
      server_name   www.landrysinc.com
      ec_point_formats  uncompressed [0x0]
      SessionTicket  empty
      grease (0x7a7a)  00

*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

Encrypted HTTPS traffic flows through this CONNECT tunnel. HTTPS Decryption is enabled in Fiddler, so decrypted sessions running in this tunnel will be shown in the Web Sessions list.

Secure Protocol: TLS 1.3
Cipher Suite: TLS_AES_256_GCM_SHA384

Second decryption algorithm

== Server Certificate ==========
[Version]
   V3

[Subject]
   CN=*.landrysinc.com, O="Landry's, LLC", L=Houston, S=Texas, C=US
   Simple Name: *.landrysinc.com
   DNS Name: *.landrysinc.com

[Issuer]

*Source: Fiddler Capture*

As shown below, the server of the accused instrumentality comprises a processor to execute instructions and a memory storage to store instructions for performing the operations defined by the standard.



*Source: Fiddler Capture*

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management







## 2. Processor

The CPU -- or simply processor -- is a complex micro-circuitry device that serves as the foundation of all computer operations. It supports hundreds of possible commands hardwired into hundreds of millions of transistors to process low-level software instructions -- microcode -- and data and derive a desired logical or mathematical result. The processor works closely with memory, which both holds the software instructions and data to be processed as well as the results or output of those processor operations.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

**Server hardware guide: Architecture, products and management**

## 3. Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management






### 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

```
Because the ClientHello indicates the time at which the client sent
it, it is possible to efficiently determine whether a ClientHello was
likely sent reasonably recently and only accept 0-RTT for such a
ClientHello, otherwise falling back to a 1-RTT handshake. This is
necessary for the ClientHello storage mechanism described in
Section 8.2 because otherwise the server needs to store an unlimited
number of ClientHellos, and is a useful optimization for self-
contained single-use tickets because it allows efficient rejection of
ClientHellos which cannot be used for 0-RTT.
```

https://datatracker.ietf.org/doc/html/rfc8446#

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

**5.**   **Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**2.**   **Protocol Overview**


Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

  Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446


All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

            Client                                          Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                              ServerHello  ^ Key
                                             + key_share*  | Exch
                                        + pre_shared_key*  v
                                    {EncryptedExtensions}  ^  Server
                                    {CertificateRequest*}  v  Params
                                           {Certificate*}  ^
                                     {CertificateVerify*}  | Auth
                                             {Finished}    v
                                <--------  [Application Data*]
       ^ {Certificate*}
Auth | {CertificateVerify*}
       v {Finished}            -------->
         [Application Data]    <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

[Second encryption]

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

[First encryption]

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally
request a certificate from the client.  This message, if sent, MUST
follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

|  | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.<br><br>In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

**Introduction**

The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:

First encryption

- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.

- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.
https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

-  Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which
is an octet string:

A secret key K, which MUST be generated in a way that is uniformly
random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the
Authenticated Encryption operation MUST be distinct, for any
particular value of the key, unless each and every nonce is zero-
length.  Applications that can generate distinct nonces SHOULD use
the nonce formation method defined in Section 3.2, and MAY use any
other method that meets the uniqueness requirement.  Other
applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and
authenticated.

The associated data A, which contains the data to be
authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS.  The per-record nonce for the AEAD construction is formed as follows:

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | This specification defines the following cipher suites for use with TLS 1.3.<br><br><br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| encrypting a bit stream with a first encryption algorithm; | The standard practices encrypting a bitstream (e.g., bitstream of digital certificate) with a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA256RSA encryption algorithm).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA encryption algorithm) and generates a ciphertext. |

Security overview

🔒 ⓘ ⚠

This page is secure (valid HTTPS).

■ Certificate - **valid and trusted**

The connection to this site is using a valid, trusted server certificate issued by DigiCert TLS RSA SHA256 2020 CA1.

[ View certificate ]

■ Connection - **secure connection settings**

The connection to this site is encrypted and authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.



As shown below, the accused instrumentality discloses the signature encryption algorithm.



*Source: Fiddler Capture*

*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message

is communicated between the client and the server.

## 5.  Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2.  Protocol Overview


Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol ([Section 4](#)) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

  Negotiating encryption algos

- A record protocol ([Section 5](#)) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446


All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

          Client                                      Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                              ServerHello  ^ Key
                                             + key_share*  | Exch
                                        + pre_shared_key*  v
                                      {EncryptedExtensions} ^  Server
                                      {CertificateRequest*} v  Params
                                            {Certificate*} ^
                                      {CertificateVerify*} | Auth
                                              {Finished} v
                                <--------  [Application Data*]
      ^ {Certificate*}
Auth | {CertificateVerify*}
      v {Finished}              -------->
        [Application Data]      <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1.  Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

First encryption
- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
   certificate request and which will be echoed in the client's
   Certificate message.  The certificate_request_context MUST be
   unique within the scope of this connection (thus preventing replay
   of client CertificateVerify messages).  This field SHALL be zero
   length unless used for the post-handshake authentication exchanges
   described in Section 4.6.2.  When requesting post-handshake
   authentication, the server SHOULD make the context unpredictable
   to the client (e.g., by randomly generating it) in order to
   prevent an attacker who has temporary access to the client's
   private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
   certificate being requested.  The "signature_algorithms" extension
   MUST be specified, and other extensions may optionally be included
   if defined for this message.  Clients MUST ignore unrecognized
   extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

|  | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.<br><br>In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities.  TLS 1.2 implementations SHOULD also process this extension.  Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:<br><br><br>-  Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>-  Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>-  Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br>https://datatracker.ietf.org/doc/html/rfc8446 |
| associating a first decryption algorithm with the encrypted bit stream; | The standard practices associating a first decryption algorithm (e.g., signature decryption algorithm i.e., SHA256RSA decryption algorithm) with the encrypted bit stream (e.g., encrypted certificate with signature encryption algorithm).<br><br>The standard practices providing a two-level encryption security for data |

First encryption

communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA encryption algorithm) and generates a ciphertext.

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate.



https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality discloses the signature decryption algorithm.



*Source: Fiddler Capture*



## OID description

First decryption algorithm identifier

**OID:**
{iso(1) member-body(2) us(840) rsadsi(113549) pkcs(1) pkcs-1(1) sha256WithRSAEncryption(11)}    (ASN.1 notation)

1.2.840.113549.1.1.11    (dot notation)

/ISO/Member-Body/US/113549/1/1/11    (OID-IRI notation)

**Description:** Public-Key Cryptography Standards (PKCS) #1 version 1.5 signature algorithm with Secure Hash Algorithm 256 (SHA256) and Rivest, Shamir and Adleman (RSA) encryption

http://oid-info.com/get/1.2.840.113549.1.1.11

```
-- When the following OIDs are used in an AlgorithmIdentifier, the
-- parameters MUST be present and MUST be NULL.

sha224WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 14 }

sha256WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 11 }

sha384WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 12 }

sha512WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 13 }
```

https://www.ietf.org/rfc/rfc4055.txt

```
           Figure 1 below shows the basic full TLS handshake:

              Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*           -------->
                                                    ServerHello  ^ Key
                                                   + key_share*  | Exch
                                               + pre_shared_key*  v
                                             {EncryptedExtensions}  ^  Server
                                              {CertificateRequest*}  v  Params
                                                      {Certificate*}  ^
                                                {CertificateVerify*}  | Auth
                                                          {Finished}  v
                                       <--------  [Application Data*]
      ^ {Certificate*}
Auth | {CertificateVerify*}
      v {Finished}                    -------->
        [Application Data]            <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
   certificate request and which will be echoed in the client's
   Certificate message.  The certificate_request_context MUST be
   unique within the scope of this connection (thus preventing replay
   of client CertificateVerify messages).  This field SHALL be zero
   length unless used for the post-handshake authentication exchanges
   described in Section 4.6.2.  When requesting post-handshake
   authentication, the server SHOULD make the context unpredictable
   to the client (e.g., by randomly generating it) in order to
   prevent an attacker who has temporary access to the client's
   private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
   certificate being requested.  The "signature_algorithms" extension
   MUST be specified, and other extensions may optionally be included
   if defined for this message.  Clients MUST ignore unrecognized
   extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

```
    -  RSASSA-PSS signature schemes are defined in Section 4.2.3.

    -  The "supported_versions" ClientHello extension can be used to
       negotiate the version of TLS to use, in preference to the
       legacy_version field of the ClientHello.

    -  The "signature_algorithms_cert" extension allows a client to
       indicate which signature algorithms it can validate in X.509
       certificates.
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview


Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

  Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

            Client                                        Server

    Key  ^ ClientHello
    Exch | + key_share*
         | + signature_algorithms*
         | + psk_key_exchange_modes*
         v + pre_shared_key*          -------->
                                                ServerHello  ^ Key
                                                + key_share* | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                         {CertificateRequest*}  v  Params
                                              {Certificate*}  ^
                                        {CertificateVerify*}  | Auth
                                                {Finished}  v
                                        <--------  [Application Data*]
            ^ {Certificate*}
    Auth | {CertificateVerify*}
            v {Finished}               -------->
              [Application Data]       <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1.  Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

First decryption algorithm information

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally
request a certificate from the client.  This message, if sent, MUST
follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

As shown below, the receiving party will be able to decrypt the encrypted message
with the provided signature decryption algorithm information i.e., SHA-256 RSA
decryption algorithm.

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de \equiv 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

<table>
<tr><td></td><td>The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf</td></tr>
<tr><td>encrypting both the encrypted bit stream and the first decryption algorithm with a second encryption algorithm to yield a second bit stream;</td><td>The standard practices encrypting both the encrypted bit stream (e.g., encrypted digital certificate) and the first decryption algorithm (e.g., signature decryption algorithm) with a second encryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield a second bit stream (e.g., TLS ciphertext bitstream).

The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext.

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it.</td></tr>
</table>

The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including the encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc.

Security overview

🔒 ⓘ ⚠

This page is secure (valid HTTPS).

■ Certificate - valid and trusted
The connection to this site is using a valid, trusted server certificate issued by DigiCert TLS RSA SHA256 2020 CA1.

[ View certificate ]

■ Connection - secure connection settings
The connection to this site is encrypted and authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - all served securely
All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

## Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD

encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

## 5.  Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2.  Protocol Overview

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (<u>Section 4</u>) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

  Negotiating encryption algos

- A record protocol (<u>Section 5</u>) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1. Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2. Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
additional_data = TLSCiphertext.opaque_type ||
                  TLSCiphertext.legacy_record_version ||
                  TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS.  The per-record nonce for the AEAD construction is formed as follows:

https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.



```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.
https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4. Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
            Figure 1 below shows the basic full TLS handshake:

              Client                                          Server

       Key  ^ ClientHello
       Exch | + key_share*
            | + signature_algorithms*
            | + psk_key_exchange_modes*
            v + pre_shared_key*        -------->
                                                   ServerHello  ^ Key
                                                   + key_share* | Exch
                                                 + pre_shared_key*  v
                                              {EncryptedExtensions}  ^  Server
                                              {CertificateRequest*}  v  Params
                                                     {Certificate*}  ^
                                              {CertificateVerify*}  | Auth
                                                        {Finished}  v
                                           <--------  [Application Data*]
            ^ {Certificate*}
       Auth | {CertificateVerify*}
            v {Finished}              -------->
              [Application Data]      <-------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Digital Content

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

Second encryption

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

First encryption

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

First decryption algorithm information

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally
request a certificate from the client.  This message, if sent, MUST
follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3. Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature
algorithms may be used in digital signatures.  The
"signature_algorithms_cert" extension applies to signatures in
certificates, and the "signature_algorithms" extension, which
originally appeared in TLS 1.2, applies to signatures in
CertificateVerify messages.  The keys found in certificates MUST also
be of appropriate type for the signature algorithms they are used
with.  This is a particular issue for RSA keys and PSS signatures, as
described below.  If no "signature_algorithms_cert" extension is
present, then the "signature_algorithms" extension also applies to
signatures appearing in certificates.  Clients which desire the
server to authenticate itself via a certificate MUST send the
"signature_algorithms" extension.  If a server is authenticating via
a certificate and the client has not sent a "signature_algorithms"
extension, then the server MUST abort the handshake with a
"missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow
implementations which supported different sets of algorithms for
certificates and in TLS itself to clearly signal their capabilities.
TLS 1.2 implementations SHOULD also process this extension.
Implementations which have the same policy in both cases MAY omit the
"signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | The "extension_data" field of these extensions contains a SignatureSchemeList value:<br><br>```<br>enum {<br>    /* RSASSA-PKCS1-v1_5 algorithms */<br>    rsa_pkcs1_sha256(0x0401),<br>    rsa_pkcs1_sha384(0x0501),<br>    rsa_pkcs1_sha512(0x0601),<br><br>    /* ECDSA algorithms */<br>    ecdsa_secp256r1_sha256(0x0403),<br>    ecdsa_secp384r1_sha384(0x0503),<br>    ecdsa_secp521r1_sha512(0x0603),<br><br>    /* RSASSA-PSS algorithms with public key OID rsaEncryption */<br>    rsa_pss_rsae_sha256(0x0804),<br>    rsa_pss_rsae_sha384(0x0805),<br>    rsa_pss_rsae_sha512(0x0806),<br><br>    /* EdDSA algorithms */<br>    ed25519(0x0807),<br>    ed448(0x0808),<br><br>    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */<br>    rsa_pss_pss_sha256(0x0809),<br>    rsa_pss_pss_sha384(0x080a),<br>    rsa_pss_pss_sha512(0x080b),<br>```<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| associating a second decryption algorithm with the second bit stream. | The standard practices associating a second decryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) with the second bit stream (e.g., TLS ciphertext bitstream).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext. |

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc.



https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

## Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext

handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

Further, the AEAD encrypted message comprises a ciphertext (e.g., encrypted ciphertext after the encryption by the second encryption algorithm), nonce (e.g., associating second decryption algo), key and associated data. The maximum length of nonce is a cipher suit specific element. The nonce and associated data are utilized in decryption of the AEAD encrypted message.

## 5.  Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview

> Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

> Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

-  Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
AEAD algorithms take as input a single key, a nonce, a plaintext, and
"additional data" to be included in the authentication check, as
described in Section 2.1 of [RFC5116].  The key is either the
client_write_key or the server_write_key, the nonce is derived from
the sequence number and the client_write_iv or server_write_iv (see
Section 5.3), and the additional data input is the record header.

I.e.,

    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1. Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.2.  Authenticated Decryption

Second decryption algorithm

The authenticated decryption operation has four inputs: K, N, A, and
C, as defined above.  It has only a single output, either a plaintext
value P or a special symbol FAIL that indicates that the inputs are
not authentic.  A ciphertext C, a nonce N, and associated data A are
authentic for key K when C is generated by the encrypt operation with
inputs K, N, P, and A, for some values of N, P, and A.  The
authenticated decrypt operation will, with high probability, return
FAIL whenever the inputs N, P, and A were crafted by a nonce-
respecting adversary that does not know the secret key (assuming that
the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD
encryption operation.  The length of the plaintext is greater than
the corresponding TLSPlaintext.length due to the inclusion of
TLSInnerPlaintext.type and any padding supplied by the sender.  The
length of the AEAD output will generally be larger than the
plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the
per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116].
The length of the TLS per-record nonce (iv_length) is set to the
larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116],
Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes
MUST NOT be used with TLS.  The per-record nonce for the AEAD
construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with
TLS 1.3.



```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
         Figure 1 below shows the basic full TLS handshake:

            Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*         -------->
                                               ServerHello  ^ Key
                                              + key_share*  | Exch
                                          + pre_shared_key* v
                                      {EncryptedExtensions} ^  Server
                                      {CertificateRequest*} v  Params
                                              {Certificate*} ^
                                        {CertificateVerify*} | Auth
                                                  {Finished} v
                                <--------  [Application Data*]

        ^ {Certificate*}
Auth | {CertificateVerify*}
        v {Finished}            -------->
          [Application Data]    <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally
request a certificate from the client.  This message, if sent, MUST
follow EncryptedExtensions.

Structure of this message:

```
   struct {
       opaque certificate_request_context<0..2^8-1>;
       Extension extensions<2..2^16-1>;
   } CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

<table>
<tr><td></td><td>

The "extension_data" field of these extensions contains a SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

</td></tr>
<tr><td>

20. The system of claim 19, further operable for decrypting the first bit stream and the second

</td><td>

The standard further discloses decrypting the first bit stream (e.g., encrypted digital certificate with signature encryption algorithm i.e., SHA-256 RSA, etc.) and the second bit stream (e.g., a second-level encryption with AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) with the first associated decryption

</td></tr>
</table>

| | |
|---|---|
| bit stream with the first associated decryption algorithm and the second associated decryption algorithm wherein the decryption is accomplished by a target unit. | algorithm (e.g., signature decryption algorithm i.e., SHA-256 RSA, etc.) and the second associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) wherein the decryption is accomplished by a target unit (e.g., a server of the accused instrumentality).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext.<br><br>The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including the encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc. |

Security overview

🔒  ⓘ  ⚠

This page is secure (valid HTTPS).

■  Certificate - valid and trusted

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

■  Connection - secure connection settings

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

■  Resources - all served securely

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

 

*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are

|  | encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.<br><br>As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.<br><br>Further, the AEAD encrypted message comprises a ciphertext (e.g., encrypted ciphertext after the encryption by the second encryption algorithm), nonce (e.g., associating second decryption algo), key and associated data. The maximum length of nonce is a cipher suit specific element. The nonce and associated data are utilized in decryption of the AEAD encrypted message. |
|---|---|

**5.** **Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**2.** **Protocol Overview**

> Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

-  Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
additional_data = TLSCiphertext.opaque_type ||
                  TLSCiphertext.legacy_record_version ||
                  TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic
security services to more easily adopt those services.  It benefits
the application designer by allowing them to focus on important
issues such as security services, canonicalization, and data
marshaling, and relieving them of the need to design crypto
mechanisms that meet their security goals.  Importantly, the security
of an AEAD algorithm can be analyzed independent from its use in a
particular application.  This property frees the user of the AEAD of
the need to consider security aspects such as the relative order of
authentication and encryption and the security of the particular
combination of cipher and MAC, such as the potential loss of
confidentiality through the MAC.  The application designer that uses
the AEAD interface need not select a particular AEAD algorithm during
the design stage.  Additionally, the interface to the AEAD is
relatively simple, since it requires only a single key as input and
requires only a single identifier to indicate the algorithm in use in
a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.2.  Authenticated Decryption

Second decryption algorithm

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS.  The per-record nonce for the AEAD construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished.  (The PSK binders also perform key confirmation, in a similar fashion.)  These three messages are always sent as the last messages in their handshake flight.  The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below.  The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

           Client                                          Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*         -------->
                                             ServerHello  ^ Key
                                            + key_share*  | Exch
                                       + pre_shared_key*  v
                                   {EncryptedExtensions}  ^  Server
                                   {CertificateRequest*}  v  Params
                                          {Certificate*}  ^
                                    {CertificateVerify*}  | Auth
                                             {Finished}  v
                                 <--------  [Application Data*]
        ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}                 -------->
        [Application Data]        <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2. Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in [Section 4.2.3](#).

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate. RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms". The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

As shown below, the receiving party will be able to decrypt the encrypted message
with the provided signature decryption algorithm information i.e., SHA-256 RSA
decryption algorithm.

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

| | |
|---|---|
| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions `MD5`, `SHA-1`, and `SHA-256`. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m,h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property. <br><br> https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| 21. The system of claim 20, wherein the decrypting is done using a key associated with each decryption algorithm. | The standard practices the method such that the decrypting is done using a key (e.g., decryption key) associated with each decryption algorithm (e.g., signature decryption algorithm such as SHA-256RSA, etc., and AEAD decryption algorithm such as TLS_AES_256_GCM_SHA384, etc.). |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

*Source: Fiddler Capture*

As shown below, the signature decryption algorithm utilizes a private key for a first decryption and the AEAD decryption algorithm uses a key K. Both the decryption

techniques are decrypting using their respective associated keys.

The `"extension_data"` field of these extensions contains a
`SignatureSchemeList` value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **2.2.  Authenticated Decryption**<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 22. The system of claim 21, wherein the key is resident in hardware of the target unit or the key is retrieved from a server. | The standard utilized by the accused instrumentality practices the method such that the key is resident in hardware (e.g., stored in a memory storage of the server such as a database, RAM, etc.) of the target unit (e.g., server of the accused instrumentality) or the key is retrieved from a server. |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

*Source: Fiddler Capture*

 **Tech Accelerator**

**Server hardware guide: Architecture, products and management**







## 3. Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management







# 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

As shown below, the server comprises a memory storage to store messages for establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. Both the decryption techniques are decrypting using their respective associated keys. A server must have a storage to store information pertaining to these algorithms and their corresponding keys such as private key, Key K, etc., to establish secure TLS communication with a client.

|  | Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake.  This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.<br><br>https://datatracker.ietf.org/doc/html/rfc8446# |

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | ## 2.2. Authenticated Decryption<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 23. The system of claim 22, wherein the key is contained in a key data structure. | The standard utilized by the accused instrumentality practices the method such that the key (e.g., private key, Key K, etc.) is contained in a key data structure (e.g., data structure). |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



*Source: Fiddler Capture*

The accused instrumentality utilizes a server to establish a secure TLS communication with a client. The server must comprise a memory storage and store data according to

a data structure to implement the standard efficiently.



**Tech Accelerator**

**Server hardware guide: Architecture, products and management**







### 3.  Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management





### 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.



https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

| | A data structure is a specialized format for organizing, processing, retrieving and storing data. There are several basic and advanced types of data structures, all designed to arrange data to suit a specific purpose. Data structures make it easy for users to access and work with the data they need in appropriate ways. Most importantly, data structures frame the organization of information so that machines and humans can better understand it. |
| | In computer science and computer programming, a data structure may be selected or designed to store data for the purpose of using it with various algorithms. In some cases, the algorithm's basic operations are tightly coupled to the data structure's design. Each data structure contains information about the data values, relationships between the data and -- in some cases -- functions that can be applied to the data. |
| | https://www.techtarget.com/searchdatamanagement/definition/data-structure |
| | As shown below, the server comprises a memory storage to store messages for establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. Both the decryption techniques are decrypting using their respective associated keys. A server must have a storage to store information pertaining to these algorithms and their corresponding keys such as private key, Key K, etc., to establish secure TLS communication with a client. |

|  | Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake. This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.<br><br>https://datatracker.ietf.org/doc/html/rfc8446# |

```
The "extension_data" field of these extensions contains a
SignatureSchemeList value:

  enum {
      /* RSASSA-PKCS1-v1_5 algorithms */
      rsa_pkcs1_sha256(0x0401),
      rsa_pkcs1_sha384(0x0501),
      rsa_pkcs1_sha512(0x0601),

      /* ECDSA algorithms */
      ecdsa_secp256r1_sha256(0x0403),
      ecdsa_secp384r1_sha384(0x0503),
      ecdsa_secp521r1_sha512(0x0603),

      /* RSASSA-PSS algorithms with public key OID rsaEncryption */
      rsa_pss_rsae_sha256(0x0804),
      rsa_pss_rsae_sha384(0x0805),
      rsa_pss_rsae_sha512(0x0806),

      /* EdDSA algorithms */
      ed25519(0x0807),
      ed448(0x0808),

      /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
      rsa_pss_pss_sha256(0x0809),
      rsa_pss_pss_sha384(0x080a),
      rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$     First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$     First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
|  TLS_AES_128_GCM_SHA256      | {0x13,0x01} |
|                              |             |
|  TLS_AES_256_GCM_SHA384      | {0x13,0x02} |
|                              |             |
|  TLS_CHACHA20_POLY1305_SHA256| {0x13,0x03} |
|                              |             |
|  TLS_AES_128_CCM_SHA256      | {0x13,0x04} |
|                              |             |
|  TLS_AES_128_CCM_8_SHA256    | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

<table>
<tr>
<td></td>
<td>

## 2.2.  Authenticated Decryption

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

</td>
</tr>
<tr>
<td>29. The system of claim 21, wherein each encryption algorithm is a symmetric key system or an asymmetric key system.</td>
<td>

The standard practices the method such that each encryption algorithm (e.g., signature encryption algorithm i.e., SHA256RSA, etc., and AEAD encryption algorithm i.e., TLS_AES_256_GCM_SHA384, etc.) is a symmetric key system (e.g., AEAD encryption algorithm, etc.) or an asymmetric key system (e.g., signature encryption algorithm).

As shown below, the server comprises a memory storage to store messages for

</td>
</tr>
</table>

establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. The standard defines the signature encryption algorithm as an asymmetric cryptography algorithm and the AEAD encryption algorithm as the symmetric cryptography algorithm.

Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake. This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.

https://datatracker.ietf.org/doc/html/rfc8446#

Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

https://datatracker.ietf.org/doc/html/rfc8446#section-4

| | cipher_suites:  A list of the symmetric cipher options supported by the client, specifically the record protection algorithm (including secret key length) and a hash to be used with HKDF, in descending order of client preference.  Values are defined in Appendix B.4.  If the list contains cipher suites that the server does not recognize, support, or wish to use, the server MUST ignore those cipher suites and process the remaining ones as usual.  If the client is attempting a PSK key establishment, it SHOULD advertise at least one cipher suite indicating a Hash associated with the PSK.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4 |

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

| | |
|---|---|
| | **2.2. Authenticated Decryption**<br><br>The <u>authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P</u> or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are <u>authentic for key K</u> when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The <u>length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm</u>.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 30. The system of claim 21, further operable for associating a first Message Authentication Code (MAC) or first digital signature with each | The standard practices associating a first Message Authentication Code (MAC) (e.g., message authentication code with hashing function) or first digital signature with each encrypted bit stream (e.g., encrypted bit stream with the signature encryption algorithm i.e., SHA256RSA, etc., and encrypted bitstream with the AEAD encryption algorithm i.e., TLS_AES_256_GCM_SHA384, etc.).<br><br>As shown below, the standard discloses a hashing function with each of the encryption |

| encrypted bit stream. | algorithm. It performs a message authentication code with the utilized hashing function. |
|---|---|
| |  |

*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*

| | |
|---|---|
| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions `MD5`, `SHA-1`, and `SHA-256`. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.<br><br>https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf<br><br>The list of supported symmetric encryption algorithms has been pruned of all algorithms that are considered legacy.  Those that remain are all Authenticated Encryption with Associated Data (AEAD) algorithms.  The cipher suite concept has been changed to separate the authentication and key exchange mechanisms from the record protection algorithm (including secret key length) and a hash to be used with both the key derivation function and handshake message authentication code (MAC).<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4 |
| 37. A computer storage device for a recursive | The accused instrumentality utilizes a computer storage device (e.g., a memory of the server of the accused instrumentality) for a recursive security protocol (e.g., TLS 1.3 |

| | |
|---|---|
| security protocol for protecting digital content, comprising instructions executable by a processor for performing the steps of: | security protocol) for protecting digital content (e.g., digital certificate related to the accused instrumentality), comprising instructions executable by a processor (e.g., a processor of the server of the accused instrumentality).<br><br>The accused instrumentality utilizes TLS 1.3 security protocol (hereinafter "the standard") for communicating content such as digital certificate, application data, etc., with a client. The standard provides a two-level encryption security. It encrypts a plaintext with a first encryption technique and generates a ciphertext. Further, it encrypts the ciphertext with a second encryption technique i.e., recursive encryption security.<br><br><br>https://www.landrysinc.com/#maincontent |



[https://www.landrysselect.com/login/](https://www.landrysselect.com/login/)



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

Security overview

🔒  ⓘ  ⚠

This page is secure (valid HTTPS).

■ Certificate - **valid** and **trusted**

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

■ Connection - **secure connection settings**

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality utilizes a two-level algorithm security. It utilizes the SHA256RSA encryption algorithm as a first encryption algorithm i.e., signature encryption algorithm and the TLS_AES_256_GCM_SHA384 encryption algorithm as a second encryption algorithm i.e., AEAD encryption algorithm.



*Source: Fiddler Capture*

3F ED CC 1E 70 7E
signature_algs    ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384,
rsa_pss_rsae_sha512, rsa_pkcs1_sha512
0x001b            02 00 02
status_request    OCSP - Implicit Responder          **First encryption algorithm**
extended_master_secret      empty
0x4469            00 03 02 68 32
renegotiation_info    00
0xfe0d            00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
psk_key_exchange_modes    01 01
ALPN              h2, http/1.1          **Digital certificate**
SignedCertTimestamp (RFC6962)    empty
supported_groups    grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
supported_versions    grease [0xbaba], Tls1.3, Tls1.2
server_name       www.landrysinc.com
ec_point_formats    uncompressed [0x0]
SessionTicket     empty
grease (0x7a7a)    00

*Source: Fiddler Capture*

3F ED CC 1E 70 7E
signature_algs    ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384,
rsa_pss_rsae_sha512, rsa_pkcs1_sha512
0x001b            02 00 02
status_request    OCSP - Implicit Responder          **First encryption algorithm**
extended_master_secret      empty
0x4469            00 03 02 68 32
renegotiation_info    00
0xfe0d            00 00 01 00 01 5C 00 20 81 3F C7 65 E7 CB 8F 4B FB AB DE 73 C3 92 5D CE 75 1A 29 A2 3B 8F E3 F8 C9 CB 15 43 FD 2D CE 60 00 B0 E1 02 32 30
41 54 FA 8D B9 C3 42 64 1F 69 55 A7 FB 59 46 CD B0 3B 0A 82 0C 84 73 49 95 E2 6F E5 45 41 3C 29 6A EC 5F C6 8F 41 59 5B 2C BC 33 BC 5B C6 49 FF 1D 51 77 96 44 BA E6
45 E9 F5 CF D0 F0 B7 87 E3 BC F2 8A 2B 2D 83 06 64 9F E2 6D 4D 8D A3 D4 96 CD 5D 2D 9A 41 B4 3A 34 54 E1 46 70 41 8E AA FA AF 64 B9 B0 ED 70 20 27 7D 0B 8E C6 8D
52 69 A8 01 20 45 EC 5A DC 7E 75 12 44 D0 DB EC 55 6D 07 90 C4 22 4B 1C B9 75 3F D2 0C 60 62 A6 31 3A 82 63 E2 FF 5C 86 FD 37 75 EE B4 11 58 F3 22 39 A8 18 CC 8D 39
29 E2 A8 4C 5F 71 AC BC
psk_key_exchange_modes    01 01
ALPN              h2, http/1.1
SignedCertTimestamp (RFC6962)    empty
supported_groups    grease [0xa0a], unknown [0x6399], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
supported_versions    grease [0xbaba], Tls1.3, Tls1.2
server_name       www.landrysinc.com
ec_point_formats    uncompressed [0x0]
SessionTicket     empty
grease (0x7a7a)    00

*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

Encrypted HTTPS traffic flows through this CONNECT tunnel. HTTPS Decryption is enabled in Fiddler, so decrypted sessions running in this tunnel will be shown in the Web Sessions list.

Secure Protocol: TLS 1.3
Cipher Suite: TLS_AES_256_GCM_SHA384

Second decryption algorithm

== Server Certificate ==========
[Version]
  V3

[Subject]
  CN=*.landrysinc.com, O="Landry's, LLC", L=Houston, S=Texas, C=US
  Simple Name: *.landrysinc.com
  DNS Name: *.landrysinc.com

[Issuer]

*Source: Fiddler Capture*

As shown below, the server of the accused instrumentality comprises a processor to execute instructions and a memory storage to store instructions for performing the operations defined by the standard.



*Source: Fiddler Capture*

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management







## 2. Processor

The CPU -- or simply processor -- is a complex micro-circuitry device that serves as the foundation of all computer operations. It supports hundreds of possible commands hardwired into hundreds of millions of transistors to process low-level software instructions -- microcode -- and data and derive a desired logical or mathematical result. The processor works closely with memory, which both holds the software instructions and data to be processed as well as the results or output of those processor operations.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

### Server hardware guide: Architecture, products and management







## 3. Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed **dynamic RAM**, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 **Tech Accelerator**

## Server hardware guide: Architecture, products and management






# 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

```
Because the ClientHello indicates the time at which the client sent
it, it is possible to efficiently determine whether a ClientHello was
likely sent reasonably recently and only accept 0-RTT for such a
ClientHello, otherwise falling back to a 1-RTT handshake. This is
necessary for the ClientHello storage mechanism described in
Section 8.2 because otherwise the server needs to store an unlimited
number of ClientHellos, and is a useful optimization for self-
contained single-use tickets because it allows efficient rejection of
ClientHellos which cannot be used for 0-RTT.
```

https://datatracker.ietf.org/doc/html/rfc8446#

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

**5.  Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**2.  Protocol Overview**

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

            Client                                    Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                            ServerHello  ^ Key
                                           + key_share*  | Exch
                                      + pre_shared_key*  v
                                   {EncryptedExtensions}  ^  Server
                                    {CertificateRequest*} v  Params
                                           {Certificate*} ^
                                     {CertificateVerify*} | Auth
                                             {Finished}  v
                                <--------  [Application Data*]
        ^ {Certificate*}
Auth | {CertificateVerify*}
        v {Finished}            -------->
          [Application Data]    <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

[Second encryption]

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

[First encryption]

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

|  | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message. |
|  | In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages. |
|  | https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
    enum {
        /* RSASSA-PKCS1-v1_5 algorithms */
        rsa_pkcs1_sha256(0x0401),
        rsa_pkcs1_sha384(0x0501),
        rsa_pkcs1_sha512(0x0601),

        /* ECDSA algorithms */
        ecdsa_secp256r1_sha256(0x0403),
        ecdsa_secp384r1_sha384(0x0503),
        ecdsa_secp521r1_sha512(0x0603),

        /* RSASSA-PSS algorithms with public key OID rsaEncryption */
        rsa_pss_rsae_sha256(0x0804),
        rsa_pss_rsae_sha384(0x0805),
        rsa_pss_rsae_sha512(0x0806),

        /* EdDSA algorithms */
        ed25519(0x0807),
        ed448(0x0808),

        /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
        rsa_pss_pss_sha256(0x0809),
        rsa_pss_pss_sha384(0x080a),
        rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

**Introduction**

The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:

First encryption

- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).

- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.

- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.
https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext
records carrying data in chunks of 2^14 bytes or less.  Message
boundaries are handled differently depending on the underlying
ContentType.  Any future content types MUST specify appropriate
rules.  Note that these rules are stricter than what was enforced in
TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record
or fragmented across several records, provided that:

-  Handshake messages MUST NOT be interleaved with other record
   types.  That is, if a handshake message is split over two or more
   records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure
into a TLSCiphertext structure.  The deprotection functions reverse
the process.  In TLS 1.3, as opposed to previous versions of TLS, all
ciphers are modeled as "Authenticated Encryption with Associated
Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption
and authentication operation which turns plaintext into authenticated
ciphertext and back again.  Each encrypted record consists of a
plaintext header followed by an encrypted body, which itself contains
a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which
is an octet string:

A secret key K, which MUST be generated in a way that is uniformly
random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the
Authenticated Encryption operation MUST be distinct, for any
particular value of the key, unless each and every nonce is zero-
length.  Applications that can generate distinct nonces SHOULD use
the nonce formation method defined in Section 3.2, and MAY use any
other method that meets the uniqueness requirement.  Other
applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and
authenticated.

The associated data A, which contains the data to be
authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD
encryption operation.  The length of the plaintext is greater than
the corresponding TLSPlaintext.length due to the inclusion of
TLSInnerPlaintext.type and any padding supplied by the sender.  The
length of the AEAD output will generally be larger than the
plaintext, but by an amount that varies with the AEAD algorithm.
https://datatracker.ietf.org/doc/html/rfc8446#section-1


Each AEAD algorithm will specify a range of possible lengths for the
per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116].
The length of the TLS per-record nonce (iv_length) is set to the
larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116],
Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes
MUST NOT be used with TLS.  The per-record nonce for the AEAD
construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

<table>
<tr><td></td><td>

This specification defines the following cipher suites for use with TLS 1.3.



```
+-----------------------------+-------------+
| Description                 | Value       |
+-----------------------------+-------------+
| TLS_AES_128_GCM_SHA256      | {0x13,0x01} |
|                             |             |
| TLS_AES_256_GCM_SHA384      | {0x13,0x02} |
|                             |             |
| TLS_CHACHA20_POLY1305_SHA256| {0x13,0x03} |
|                             |             |
| TLS_AES_128_CCM_SHA256      | {0x13,0x04} |
|                             |             |
| TLS_AES_128_CCM_8_SHA256    | {0x13,0x05} |
+-----------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

</td></tr>
<tr><td>

encrypting a bit stream with a first encryption algorithm;

</td><td>

The standard practices encrypting a bitstream (e.g., bitstream of digital certificate) with a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA256RSA encryption algorithm).

The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA encryption algorithm) and generates a ciphertext.

</td></tr>
</table>

Security overview

🔒 ⓘ ⚠

This page is secure (valid HTTPS).

■ Certificate - **valid and trusted**

The connection to this site is using a valid, trusted server certificate issued by DigiCert TLS RSA SHA256 2020 CA1.

[ View certificate ]

■ Connection - **secure connection settings**

The connection to this site is encrypted and authenticated using TLS 1.3, P-384, and AES_256_GCM.

■ Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality discloses the signature encryption algorithm.



*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for

encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

### 5.  Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

  Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4. Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
         Figure 1 below shows the basic full TLS handshake:

             Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                              ServerHello  ^ Key
                                             + key_share*  | Exch
                                        + pre_shared_key*  v
                                      {EncryptedExtensions}  ^  Server
                                      {CertificateRequest*}  v  Params
                                             {Certificate*}  ^
                                       {CertificateVerify*}  | Auth
                                                 {Finished}  v
                                <--------  [Application Data*]
      ^ {Certificate*}
Auth | {CertificateVerify*}
      v {Finished}             -------->
        [Application Data]     <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1.  Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

First encryption

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate. RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms". The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3. Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream.  Specifically, the secure channel should provide the following properties:<br><br>First encryption<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints.  TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br>https://datatracker.ietf.org/doc/html/rfc8446 |
| associating a first decryption algorithm with the encrypted bit stream; | The standard practices associating a first decryption algorithm (e.g., signature decryption algorithm i.e., SHA256RSA decryption algorithm) with the encrypted bit stream (e.g., encrypted certificate with signature encryption algorithm).<br><br>The standard practices providing a two-level encryption security for data |

communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA encryption algorithm) and generates a ciphertext.

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate.



https://www.landrysinc.com/#maincontent

### The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446

As shown below, the accused instrumentality discloses the signature decryption algorithm.



*Source: Fiddler Capture*

## OID description

First decryption algorithm identifier

**OID:**

{iso(1) member-body(2) us(840) rsadsi(113549) pkcs(1) pkcs-1(1) sha256WithRSAEncryption(11)}  (ASN.1 notation)

1.2.840.113549.1.1.11  (dot notation)

/ISO/Member-Body/US/113549/1/1/11  (OID-IRI notation)

**Description:**  Public-Key Cryptography Standards (PKCS) #1 version 1.5 signature algorithm with Secure Hash Algorithm 256 (SHA256) and Rivest, Shamir and Adleman (RSA) encryption

http://oid-info.com/get/1.2.840.113549.1.1.11

```
-- When the following OIDs are used in an AlgorithmIdentifier, the
-- parameters MUST be present and MUST be NULL.

sha224WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 14 }

sha256WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 11 }

sha384WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 12 }

sha512WithRSAEncryption  OBJECT IDENTIFIER  ::=  { pkcs-1 13 }
```

https://www.ietf.org/rfc/rfc4055.txt

```
        Figure 1 below shows the basic full TLS handshake:

          Client                                        Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                            ServerHello  ^ Key
                                           + key_share*  | Exch
                                       + pre_shared_key* v
                                      {EncryptedExtensions}  ^  Server
                                      {CertificateRequest*}  v  Params
                                            {Certificate*}  ^
                                      {CertificateVerify*}  | Auth
                                              {Finished}  v
                                <--------   [Application Data*]
       ^ {Certificate*}
  Auth | {CertificateVerify*}
       v {Finished}            -------->
         [Application Data]    <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3. Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
   certificate request and which will be echoed in the client's
   Certificate message.  The certificate_request_context MUST be
   unique within the scope of this connection (thus preventing replay
   of client CertificateVerify messages).  This field SHALL be zero
   length unless used for the post-handshake authentication exchanges
   described in Section 4.6.2.  When requesting post-handshake
   authentication, the server SHOULD make the context unpredictable
   to the client (e.g., by randomly generating it) in order to
   prevent an attacker who has temporary access to the client's
   private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
   certificate being requested.  The "signature_algorithms" extension
   MUST be specified, and other extensions may optionally be included
   if defined for this message.  Clients MUST ignore unrecognized
   extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

## 5. Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2. Protocol Overview


Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (<u>Section 4</u>) that authenticates the communicating parties, <u>negotiates cryptographic modes and parameters, and establishes shared keying material</u>.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

  <u>Negotiating encryption algos</u>

- A record protocol (<u>Section 5</u>) <u>that uses the parameters established by the handshake protocol to protect traffic between the communicating peers</u>.  The record protocol divides traffic up into <u>a series of records</u>, each of which is independently protected using the traffic keys.

<u>https://datatracker.ietf.org/doc/html/rfc8446</u>


<u>All handshake messages after the ServerHello are now encrypted</u>. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

<u>https://datatracker.ietf.org/doc/html/rfc8446#section-1</u>

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
              Figure 1 below shows the basic full TLS handshake:

                 Client                                            Server

       Key  ^ ClientHello
       Exch | + key_share*
            | + signature_algorithms*
            | + psk_key_exchange_modes*
            v + pre_shared_key*         -------->
                                                        ServerHello  ^ Key
                                                       + key_share*  | Exch
                                                  + pre_shared_key*  v
                                              {EncryptedExtensions}  ^  Server
                                              {CertificateRequest*}  v  Params
                                                     {Certificate*}  ^
                                               {CertificateVerify*}  | Auth
                                                         {Finished}  v
                                               <--------  [Application Data*]
             ^ {Certificate*}
       Auth | {CertificateVerify*}
             v {Finished}              -------->
               [Application Data]      <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1. Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**4.4.2.3**.  **Client Certificate Selection**

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly
  negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the
  CertificateRequest message was present, at least one of the
  certificates in the certificate chain SHOULD be issued by one of
  the listed CAs.

- The certificates MUST be signed using an acceptable signature
  algorithm, as described in Section 4.3.2.  Note that this relaxes
  the constraints on certificate-signing algorithms found in prior
  versions of TLS.

- If the CertificateRequest message contained a non-empty
  "oid_filters" extension, the end-entity certificate MUST match the
  extension OIDs that are recognized by the client, as described in
  Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

First
decryption
algorithm
information

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
    struct {
        opaque certificate_request_context<0..2^8-1>;
        Extension extensions<2..2^16-1>;
    } CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

As shown below, the receiving party will be able to decrypt the encrypted message with the provided signature decryption algorithm information i.e., SHA-256 RSA decryption algorithm.

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

| | |
|---|---|
| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions `MD5`, `SHA-1`, and `SHA-256`. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property. <br><br> https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| encrypting both the encrypted bit stream and the first decryption algorithm with a second encryption algorithm to yield a second bit stream; | The standard practices encrypting both the encrypted bit stream (e.g., encrypted digital certificate) and the first decryption algorithm (e.g., signature decryption algorithm) with a second encryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield a second bit stream (e.g., TLS ciphertext bitstream). <br><br> The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext. <br><br> The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. |

The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including the encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc.

Security overview

🔒  ⓘ  ⚠

This page is secure (valid HTTPS).

■  Certificate - **valid and trusted**

The connection to this site is using a valid, trusted server certificate issued by DigiCert TLS RSA SHA256 2020 CA1.

[ View certificate ]

■  Connection - **secure connection settings**

The connection to this site is encrypted and authenticated using TLS 1.3, P-384, and AES_256_GCM.

■  Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

## Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol.  TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD

encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

**5. Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**2. Protocol Overview**

Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

  Negotiating encryption algos

- A record protocol (Section 5) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

### 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

-  Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
additional_data = TLSCiphertext.opaque_type ||
                  TLSCiphertext.legacy_record_version ||
                  TLSCiphertext.length
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD
encryption operation.  The length of the plaintext is greater than
the corresponding TLSPlaintext.length due to the inclusion of
TLSInnerPlaintext.type and any padding supplied by the sender.  The
length of the AEAD output will generally be larger than the
plaintext, but by an amount that varies with the AEAD algorithm.
https://datatracker.ietf.org/doc/html/rfc8446#section-1


Each AEAD algorithm will specify a range of possible lengths for the
per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116].
The length of the TLS per-record nonce (iv_length) is set to the
larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116],
Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes
MUST NOT be used with TLS.  The per-record nonce for the AEAD
construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.



```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.
https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4.  Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
        Figure 1 below shows the basic full TLS handshake:

           Client                                       Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*        -------->
                                              ServerHello  ^ Key
                                             + key_share*  | Exch
                                        + pre_shared_key*  v
                                      {EncryptedExtensions}  ^  Server
                                       {CertificateRequest*}  v  Params
                                             {Certificate*}  ^
                                       {CertificateVerify*}  | Auth
                                                {Finished}  v
                                <--------  [Application Data*]
       ^ {Certificate*}
Auth | {CertificateVerify*}
       v {Finished}              -------->
         [Application Data]      <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.1.1.  Cryptographic Negotiation

In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:

- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.

**Second encryption**

- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.

- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept.  A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.

**First encryption**

- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2. Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

First
decryption
algorithm
information

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally
request a certificate from the client.  This message, if sent, MUST
follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
   certificate request and which will be echoed in the client's
   Certificate message.  The certificate_request_context MUST be
   unique within the scope of this connection (thus preventing replay
   of client CertificateVerify messages).  This field SHALL be zero
   length unless used for the post-handshake authentication exchanges
   described in Section 4.6.2.  When requesting post-handshake
   authentication, the server SHOULD make the context unpredictable
   to the client (e.g., by randomly generating it) in order to
   prevent an attacker who has temporary access to the client's
   private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
   certificate being requested.  The "signature_algorithms" extension
   MUST be specified, and other extensions may optionally be included
   if defined for this message.  Clients MUST ignore unrecognized
   extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | The "extension_data" field of these extensions contains a SignatureSchemeList value: <br><br>```<br>enum {<br>    /* RSASSA-PKCS1-v1_5 algorithms */<br>    rsa_pkcs1_sha256(0x0401),<br>    rsa_pkcs1_sha384(0x0501),<br>    rsa_pkcs1_sha512(0x0601),<br><br>    /* ECDSA algorithms */<br>    ecdsa_secp256r1_sha256(0x0403),<br>    ecdsa_secp384r1_sha384(0x0503),<br>    ecdsa_secp521r1_sha512(0x0603),<br><br>    /* RSASSA-PSS algorithms with public key OID rsaEncryption */<br>    rsa_pss_rsae_sha256(0x0804),<br>    rsa_pss_rsae_sha384(0x0805),<br>    rsa_pss_rsae_sha512(0x0806),<br><br>    /* EdDSA algorithms */<br>    ed25519(0x0807),<br>    ed448(0x0808),<br><br>    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */<br>    rsa_pss_pss_sha256(0x0809),<br>    rsa_pss_pss_sha384(0x080a),<br>    rsa_pss_pss_sha512(0x080b),<br>```<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| associating a second decryption algorithm with the second bit stream. | The standard practices associating a second decryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) with the second bit stream (e.g., TLS ciphertext bitstream). <br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext. |

The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc.



https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

## Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*

Encrypted HTTPS traffic flows through this CONNECT tunnel. HTTPS Decryption is enabled in Fiddler, so decrypted sessions running in this tunnel will be shown in the Web Sessions list.

Secure Protocol: TLS 1.3
Cipher Suite: TLS_AES_256_GCM_SHA384

Second decryption algorithm

== Server Certificate ==========
[Version]
  V3

[Subject]
  CN=*.landrysinc.com, O="Landry's, LLC", L=Houston, S=Texas, C=US
  Simple Name: *.landrysinc.com
  DNS Name: *.landrysinc.com

[Issuer]

*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext

handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

Further, the AEAD encrypted message comprises a ciphertext (e.g., encrypted ciphertext after the encryption by the second encryption algorithm), nonce (e.g., associating second decryption algo), key and associated data. The maximum length of nonce is a cipher suit specific element. The nonce and associated data are utilized in decryption of the AEAD encrypted message.

## 5.  Record Protocol

The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result.  Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer.  This document specifies four content types: handshake, application_data, alert, and change_cipher_spec.  The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 2.  Protocol Overview

*Negotiating encryption algorithm*

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol.  This sub-protocol of TLS is used by the client and server when first communicating with each other.  The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material.  Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material.  The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

*Negotiating encryption algos*

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers.  The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

## 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and
"additional data" to be included in the authentication check, as
described in Section 2.1 of [RFC5116].  The key is either the
client_write_key or the server_write_key, the nonce is derived from
the sequence number and the client_write_iv or server_write_iv (see
Section 5.3), and the additional data input is the record header.

I.e.,

    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.2.  Authenticated Decryption

Second decryption algorithm

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116


The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS.  The per-record nonce for the AEAD construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4. Authentication Messages

As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
         Figure 1 below shows the basic full TLS handshake:

            Client                                          Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*          -------->
                                              ServerHello  ^ Key
                                             + key_share*  | Exch
                                        + pre_shared_key*  v
                                     {EncryptedExtensions}  ^  Server
                                      {CertificateRequest*}  v  Params
                                            {Certificate*}  ^
                                       {CertificateVerify*}  | Auth
                                              {Finished}  v
                                    <--------  [Application Data*]
        ^ {Certificate*}
Auth | {CertificateVerify*}
        v {Finished}              -------->
          [Application Data]      <-------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.

- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2.  Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.

- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint
possesses the private key corresponding to its certificate.  The
CertificateVerify message also provides integrity for the handshake
up to this point.  Servers MUST send this message when authenticating
via a certificate.  Clients MUST send this message whenever
authenticating via a certificate (i.e., when the Certificate message
is non-empty).  When sent, this message MUST appear immediately after
the Certificate message and immediately prior to the Finished
message.

Structure of this message:

```
    struct {
        SignatureScheme algorithm;
        opaque signature<0..2^16-1>;
    } CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see
Section 4.2.3 for the definition of this type).  The signature is a
digital signature using that algorithm.  The content that is covered
under the signature is the hash output as described in Section 4.4.1,
namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally
request a certificate from the client.  This message, if sent, MUST
follow EncryptedExtensions.

Structure of this message:

```
    struct {
        opaque certificate_request_context<0..2^8-1>;
        Extension extensions<2..2^16-1>;
    } CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.
https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

- RSASSA-PSS signature schemes are defined in Section 4.2.3.

- The "supported_versions" ClientHello extension can be used to negotiate the version of TLS to use, in preference to the legacy_version field of the ClientHello.

- The "signature_algorithms_cert" extension allows a client to indicate which signature algorithms it can validate in X.509 certificates.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate.  RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms".  The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | The "extension_data" field of these extensions contains a SignatureSchemeList value:<br><br>```<br>enum {<br>    /* RSASSA-PKCS1-v1_5 algorithms */<br>    rsa_pkcs1_sha256(0x0401),<br>    rsa_pkcs1_sha384(0x0501),<br>    rsa_pkcs1_sha512(0x0601),<br><br>    /* ECDSA algorithms */<br>    ecdsa_secp256r1_sha256(0x0403),<br>    ecdsa_secp384r1_sha384(0x0503),<br>    ecdsa_secp521r1_sha512(0x0603),<br><br>    /* RSASSA-PSS algorithms with public key OID rsaEncryption */<br>    rsa_pss_rsae_sha256(0x0804),<br>    rsa_pss_rsae_sha384(0x0805),<br>    rsa_pss_rsae_sha512(0x0806),<br><br>    /* EdDSA algorithms */<br>    ed25519(0x0807),<br>    ed448(0x0808),<br><br>    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */<br>    rsa_pss_pss_sha256(0x0809),<br>    rsa_pss_pss_sha384(0x080a),<br>    rsa_pss_pss_sha512(0x080b),<br>```<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 38. The software system or computer program of claim 37, further translatable for | The standard further discloses decrypting the first bit stream (e.g., encrypted digital certificate with signature encryption algorithm i.e., SHA-256 RSA, etc.) and the second bit stream (e.g., a second-level encryption with AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) with the first associated decryption |

| | |
|---|---|
| decrypting the first bit stream and the second bit stream with the first associated decryption algorithm and the second associated decryption algorithm wherein the decryption is accomplished by a target unit. | algorithm (e.g., signature decryption algorithm i.e., SHA-256 RSA, etc.) and the second associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) wherein the decryption is accomplished by a target unit (e.g., a server of the accused instrumentality).<br><br>The standard practices providing a two-level encryption security for data communication. It encrypts a plaintext with a first encryption technique i.e., signature encryption algorithm (e.g., SHA256RSA algorithm) and generates a ciphertext.<br><br>The standard defines an authentication message, communicated after the hello handshake messages, which comprises an encrypted digital certificate with the signature encryption algorithm and an associated certificate verify message with it. The certificate verify message includes a signature algorithm extension field which provides information for the decryption of the encrypted digital certificate. The standard further practices encrypting the authentication message, including the encrypted digital certification and the certificate verify message, with a second decryption algorithm i.e., AEAD algorithm such as TLS_AES_256_GCM_SHA384, etc. |

Security overview

🔒  ⓘ  ⚠

This page is secure (valid HTTPS).

◼ Certificate - **valid and trusted**

The connection to this site is using a valid, trusted
server certificate issued by DigiCert TLS RSA SHA256
2020 CA1.

[ View certificate ]

◼ Connection - **secure connection settings**

The connection to this site is encrypted and
authenticated using TLS 1.3, P-384, and AES_256_GCM.

◼ Resources - **all served securely**

All resources on this page are served securely.

https://www.landrysinc.com/#maincontent

# The Transport Layer Security (TLS) Protocol Version 1.3

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

https://datatracker.ietf.org/doc/html/rfc8446



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*



*Source: Fiddler Capture*

*Source: Fiddler Capture*



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD algorithm for encrypting TLS record message data. It discloses that after Hello handshake messages i.e., a ClientHello message and a ServerHello message, all handshake messages are

encrypted with the negotiated encryption algorithm. One of the handshake messages after hello handshake messages i.e., an authentication message from the client, comprises a digital certificate encrypted by a signature encryption algorithm and a certificate verify message comprising information related to the signature decryption algorithm.

As shown below, the digital certificate is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital certificate, has a signature algorithm extension field that provides information related to the signature decryption algorithm. The authentication message is a TLS plaintext handshake message. This message is again encrypted with the negotiated AEAD encryption algorithm, e.g., recursive security protocol. The AEAD encrypted message is communicated between the client and the server.

Further, the AEAD encrypted message comprises a ciphertext (e.g., encrypted ciphertext after the encryption by the second encryption algorithm), nonce (e.g., associating second decryption algo), key and associated data. The maximum length of nonce is a cipher suit specific element. The nonce and associated data are utilized in decryption of the AEAD encrypted message.

**5.  Record Protocol**

The TLS record protocol takes messages to be transmitted, fragments
the data into manageable blocks, protects the records, and transmits
the result.  Received data is verified, decrypted, reassembled, and
then delivered to higher-level clients.

TLS records are typed, which allows multiple higher-level protocols
to be multiplexed over the same record layer.  This document
specifies four content types: handshake, application_data, alert, and
change_cipher_spec.  The change_cipher_spec record is used only for
compatibility purposes (see Appendix D.4).

https://datatracker.ietf.org/doc/html/rfc8446#section-1

**2.  Protocol Overview**

> Negotiating encryption algorithm

The cryptographic parameters used by the secure channel are produced
by the TLS handshake protocol.  This sub-protocol of TLS is used by
the client and server when first communicating with each other.  The
handshake protocol allows peers to negotiate a protocol version,
select cryptographic algorithms, optionally authenticate each other,
and establish shared secret keying material.  Once the handshake is
complete, the peers use the established keys to protect the
application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446

TLS consists of two primary components:

- A handshake protocol ([Section 4](#)) that authenticates the
  communicating parties, negotiates cryptographic modes and
  parameters, and establishes shared keying material.  The handshake
  protocol is designed to resist tampering; an active attacker
  should not be able to force the peers to negotiate different
  parameters than they would if the connection were not under
  attack.

  > Negotiating encryption algos

- A record protocol ([Section 5](#)) that uses the parameters established
  by the handshake protocol to protect traffic between the
  communicating peers.  The record protocol divides traffic up into
  a series of records, each of which is independently protected
  using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446

### 5.1.  Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less.  Message boundaries are handled differently depending on the underlying ContentType.  Any future content types MUST specify appropriate rules.  Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types.  That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 5.2.  Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure.  The deprotection functions reverse the process.  In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116].  AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again.  Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116].  The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
    additional_data = TLSCiphertext.opaque_type ||
                      TLSCiphertext.legacy_record_version ||
                      TLSCiphertext.length
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

The AEAD approach enables applications that need cryptographic security services to more easily adopt those services.  It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals.  Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application.  This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC.  The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage.  Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.1.  Authenticated Encryption

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.

https://datatracker.ietf.org/doc/html/rfc5116

## 2.2.  Authenticated Decryption

Second decryption algorithm

The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).

https://datatracker.ietf.org/doc/html/rfc5116

The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

Each AEAD algorithm will specify a range of possible lengths for the
per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116].
The length of the TLS per-record nonce (iv_length) is set to the
larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116],
 Section 4).  An AEAD algorithm where N_MAX is less than 8 bytes
MUST NOT be used with TLS.  The per-record nonce for the AEAD
construction is formed as follows:
https://datatracker.ietf.org/doc/html/rfc8446#section-1

This specification defines the following cipher suites for use with
TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted.
The newly introduced EncryptedExtensions message allows various
extensions previously sent in the clear in the ServerHello to also
enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

## 4.4. Authentication Messages

As discussed in Section 2, TLS generally uses a common set of
messages for authentication, key confirmation, and handshake
integrity: Certificate, CertificateVerify, and Finished.  (The PSK
binders also perform key confirmation, in a similar fashion.)  These
three messages are always sent as the last messages in their
handshake flight.  The Certificate and CertificateVerify messages are
only sent under certain circumstances, as defined below.  The
Finished message is always sent as part of the Authentication Block.
These messages are encrypted under keys derived from the
[sender]_handshake_traffic_secret.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

```
             Figure 1 below shows the basic full TLS handshake:

                Client                                           Server

      Key  ^ ClientHello
      Exch | + key_share*
           | + signature_algorithms*
           | + psk_key_exchange_modes*
           v + pre_shared_key*          -------->
                                                      ServerHello  ^ Key
                                                     + key_share*  | Exch
                                                + pre_shared_key*  v
                                            {EncryptedExtensions}  ^  Server
                                            {CertificateRequest*}  v  Params
                                                   {Certificate*}  ^
                                             {CertificateVerify*}  | Auth
                                                       {Finished}  v
                                          <--------  [Application Data*]
              ^ {Certificate*}
      Auth  | {CertificateVerify*}
              v {Finished}             -------->
                [Application Data]     <-------->  [Application Data]
```

[Digital Content]

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.  Certificate

This message conveys the endpoint's certificate chain to the peer.

The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).

The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2).  If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0).  A Finished message MUST be sent regardless of whether the Certificate message is empty.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.2.3.  Client Certificate Selection

The following rules apply to certificates sent by the client:

- The certificate type MUST be X.509v3 [RFC5280], unless explicitly
  negotiated otherwise (e.g., [RFC7250]).

- If the "certificate_authorities" extension in the
  CertificateRequest message was present, at least one of the
  certificates in the certificate chain SHOULD be issued by one of
  the listed CAs.

- The certificates MUST be signed using an acceptable signature
  algorithm, as described in Section 4.3.2.  Note that this relaxes
  the constraints on certificate-signing algorithms found in prior
  versions of TLS.

- If the CertificateRequest message contained a non-empty
  "oid_filters" extension, the end-entity certificate MUST match the
  extension OIDs that are recognized by the client, as described in
  Section 4.2.5.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

### 4.4.3.  Certificate Verify

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate.  The CertificateVerify message also provides integrity for the handshake up to this point.  Servers MUST send this message when authenticating via a certificate.  Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty).  When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type).  The signature is a digital signature using that algorithm.  The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

### 4.3.2.  Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client.  This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

certificate_request_context:  An opaque string which identifies the
    certificate request and which will be echoed in the client's
    Certificate message.  The certificate_request_context MUST be
    unique within the scope of this connection (thus preventing replay
    of client CertificateVerify messages).  This field SHALL be zero
    length unless used for the post-handshake authentication exchanges
    described in Section 4.6.2.  When requesting post-handshake
    authentication, the server SHOULD make the context unpredictable
    to the client (e.g., by randomly generating it) in order to
    prevent an attacker who has temporary access to the client's
    private key from pre-computing valid CertificateVerify messages.

extensions:  A set of extensions describing the parameters of the
    certificate being requested.  The "signature_algorithms" extension
    MUST be specified, and other extensions may optionally be included
    if defined for this message.  Clients MUST ignore unrecognized
    extensions.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

-   RSASSA-PSS signature schemes are defined in [Section 4.2.3](#).

-   The "supported_versions" ClientHello extension can be used to
    negotiate the version of TLS to use, in preference to the
    legacy_version field of the ClientHello.

-   The "signature_algorithms_cert" extension allows a client to
    indicate which signature algorithms it can validate in X.509
    certificates.

[https://datatracker.ietf.org/doc/html/rfc8446#section-1](https://datatracker.ietf.org/doc/html/rfc8446#section-1)

If sent by a client, the signature algorithm used in the signature
MUST be one of those present in the supported_signature_algorithms
field of the "signature_algorithms" extension in the
CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key
in the sender's end-entity certificate.  RSA signatures MUST use an
RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5
algorithms appear in "signature_algorithms".  The SHA-1 algorithm
MUST NOT be used in any signatures of CertificateVerify messages.

[https://datatracker.ietf.org/doc/html/rfc8446#section-1](https://datatracker.ietf.org/doc/html/rfc8446#section-1)

### 4.2.3.  Signature Algorithms

TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures.  The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages.  The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with.  This is a particular issue for RSA keys and PSS signatures, as described below.  If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates.  Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension.  If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).

The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

As shown below, the receiving party will be able to decrypt the encrypted message
with the provided signature decryption algorithm information i.e., SHA-256 RSA
decryption algorithm.

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de \equiv 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

| | |
|---|---|
| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions `MD5`, `SHA-1`, and `SHA-256`. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.<br><br>https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| 39. The software system or computer program of claim 38, wherein the decrypting is done using a key associated with each decryption algorithm. | The standard practices the method such that the decrypting is done using a key (e.g., decryption key) associated with each decryption algorithm (e.g., signature decryption algorithm such as SHA-256RSA, etc., and AEAD decryption algorithm such as TLS_AES_256_GCM_SHA384, etc.). |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

*Source: Fiddler Capture*

As shown below, the signature decryption algorithm utilizes a private key for a first decryption and the AEAD decryption algorithm uses a key K. Both the decryption

techniques are decrypting using their respective associated keys.

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$$c = m^e \bmod n.$$

First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$$m \equiv m^{1+k\varphi(n)} \pmod{n},$$

First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+--------------+
| Description                  | Value        |
+------------------------------+--------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01}  |
|                              |              |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02}  |
|                              |              |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03}  |
|                              |              |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04}  |
|                              |              |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05}  |
+------------------------------+--------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **2.2. Authenticated Decryption**<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 40.  The software system or computer program of claim 39, wherein the key is resident in hardware of the target unit or the key is retrieved from a | The standard utilized by the accused instrumentality practices the method such that the key is resident in hardware (e.g., stored in a memory storage of the server such as a database, RAM, etc.) of the target unit (e.g., server of the accused instrumentality) or the key is retrieved from a server. |

server.



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



https://play.google.com/store/search?q=Landry%27s&c=apps&hl=en&gl=US

*Source: Fiddler Capture*

 **Tech Accelerator**

**Server hardware guide: Architecture, products and management**

## 3. Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 Tech Accelerator

## Server hardware guide: Architecture, products and management






## 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

As shown below, the server comprises a memory storage to store messages for establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. Both the decryption techniques are decrypting using their respective associated keys. A server must have a storage to store information pertaining to these algorithms and their corresponding keys such as private key, Key K, etc., to establish secure TLS communication with a client.

Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake.  This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.

https://datatracker.ietf.org/doc/html/rfc8446#

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$c = m^e \bmod n.$     First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$$

The result of Exercise 3.13 tells us that

$m \equiv m^{1+k\varphi(n)} \pmod{n},$     First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | ## 2.2.  Authenticated Decryption<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 41.   The   software system   or   computer program of claim 40, wherein  the  key  is contained in a key data structure. | The standard utilized by the accused instrumentality practices the method such that the key (e.g., private key, Key K, etc.) is contained in a key data structure (e.g., data structure). |



https://www.landrysinc.com/#maincontent



https://www.landrysselect.com/login/



*Source: Fiddler Capture*

The accused instrumentality utilizes a server to establish a secure TLS communication with a client. The server must comprise a memory storage and store data according to

a data structure to implement the standard efficiently.

 **Tech Accelerator**

### Server hardware guide: Architecture, products and management







## 3.  Random access memory

RAM is the main type of memory in a computing system. RAM holds the software instructions and data needed by the processor, along with any output from the processor, such as data to be moved to a storage device. Thus, RAM works very closely with the processor and must match the processor's incredible speed and performance. This kind of fast memory is usually termed dynamic RAM, and several DRAM variations are available for servers.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

 Tech Accelerator

## Server hardware guide: Architecture, products and management







## 4. Hard disk drive

This hardware is responsible for reading, writing and positioning of the hard disk, which is one technology for data storage on server hardware. Developed at IBM in 1953, the hard disk drive (HDD) has evolved over time from the size of a refrigerator to the standard 2.5-inch and 3.5-inch form factors.

https://www.techtarget.com/searchdatacenter/feature/Drill-down-to-basics-with-these-server-hardware-terms

| | |
|---|---|
| | A data structure is a specialized format for organizing, processing, retrieving and storing data. There are several basic and advanced types of data structures, all designed to arrange data to suit a specific purpose. Data structures make it easy for users to access and work with the data they need in appropriate ways. Most importantly, data structures frame the organization of information so that machines and humans can better understand it.<br><br>In computer science and computer programming, a data structure may be selected or designed to store data for the purpose of using it with various algorithms. In some cases, the algorithm's basic operations are tightly coupled to the data structure's design. Each data structure contains information about the data values, relationships between the data and -- in some cases -- functions that can be applied to the data.<br><br>https://www.techtarget.com/searchdatamanagement/definition/data-structure<br><br>As shown below, the server comprises a memory storage to store messages for establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. Both the decryption techniques are decrypting using their respective associated keys. A server must have a storage to store information pertaining to these algorithms and their corresponding keys such as private key, Key K, etc., to establish secure TLS communication with a client. |

|  | Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake. This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.<br><br>https://datatracker.ietf.org/doc/html/rfc8446# |

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de = 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.

Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is

$\boxed{c = m^e \bmod n.}$    First encryption

To decrypt, we compute $c^d \bmod n$ to obtain

$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$

The result of Exercise 3.13 tells us that

$\boxed{m \equiv m^{1+k\varphi(n)} \pmod{n},}$    First decryption

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.

```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

| | |
|---|---|
| | **2.2.  Authenticated Decryption**<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 47.  The software system or computer program of claim 39, wherein each encryption algorithm is a symmetric key system or an | The standard practices the method such that each encryption algorithm (e.g., signature encryption algorithm i.e., SHA256RSA, etc., and AEAD encryption algorithm i.e., TLS_AES_256_GCM_SHA384, etc.) is a symmetric key system (e.g., AEAD encryption algorithm, etc.) or an asymmetric key system (e.g., signature encryption algorithm).<br><br>As shown below, the server comprises a memory storage to store messages for |

| asymmetric          key system. | establishing secure TLS communication. the standard discloses multiple signature encryption algorithms for a first encryption and multiple AEAD encryption algorithms for the second encryption. A signature decryption algorithm utilizes a private key for decrypting the first bitstream encrypted with the signature encryption and an AEAD decryption algorithm uses a key K for decrypting the second bitstream encrypted with the AEAD encryption. The standard defines the signature encryption algorithm as an asymmetric cryptography algorithm and the AEAD encryption algorithm as the symmetric cryptography algorithm.<br><br>Because the ClientHello indicates the time at which the client sent it, it is possible to efficiently determine whether a ClientHello was likely sent reasonably recently and only accept 0-RTT for such a ClientHello, otherwise falling back to a 1-RTT handshake.  This is necessary for the ClientHello storage mechanism described in Section 8.2 because otherwise the server needs to store an unlimited number of ClientHellos, and is a useful optimization for self-contained single-use tickets because it allows efficient rejection of ClientHellos which cannot be used for 0-RTT.<br>https://datatracker.ietf.org/doc/html/rfc8446#<br><br>Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4 |

|  | cipher_suites:  A list of the symmetric cipher options supported by the client, specifically the record protection algorithm (including secret key length) and a hash to be used with HKDF, in descending order of client preference.  Values are defined in Appendix B.4.  If the list contains cipher suites that the server does not recognize, support, or wish to use, the server MUST ignore those cipher suites and process the remaining ones as usual.  If the client is attempting a PSK key establishment, it SHOULD advertise at least one cipher suite indicating a Hash associated with the PSK.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4 |

The "extension_data" field of these extensions contains a
SignatureSchemeList value:

```
enum {
    /* RSASSA-PKCS1-v1_5 algorithms */
    rsa_pkcs1_sha256(0x0401),
    rsa_pkcs1_sha384(0x0501),
    rsa_pkcs1_sha512(0x0601),

    /* ECDSA algorithms */
    ecdsa_secp256r1_sha256(0x0403),
    ecdsa_secp384r1_sha384(0x0503),
    ecdsa_secp521r1_sha512(0x0603),

    /* RSASSA-PSS algorithms with public key OID rsaEncryption */
    rsa_pss_rsae_sha256(0x0804),
    rsa_pss_rsae_sha384(0x0805),
    rsa_pss_rsae_sha512(0x0806),

    /* EdDSA algorithms */
    ed25519(0x0807),
    ed448(0x0808),

    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */
    rsa_pss_pss_sha256(0x0809),
    rsa_pss_pss_sha384(0x080a),
    rsa_pss_pss_sha512(0x080b),
```
https://datatracker.ietf.org/doc/html/rfc8446#section-1

There is also a decryption function $D$ that takes a ciphertext and a decryption key $K_D$, and reproduces the plaintext message.

$$D(C, K_D) = P$$

In a *symmetric* or *private key* system, the encryption and decryption keys are the same. A private key system has the disadvantage that the parties must get together and agree upon a shared key. It has the advantage in that the computational overhead is smaller. Once the key is in place, communication can happen much faster.

In an *asymmetric* or *public key* system, the two keys are different. Each participant has her or his own pair of keys. The encryption keys are known to everyone, but the decryption keys are kept secret. Person $A$ can look up person $B$'s encryption key, encrypt a message with it, and send the result to person $B$. Only someone with $B$'s decryption key, namely only $B$, can read the message. An eavesdropper $E$ might intercept the encrypted message but would not be able to decipher it.
https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

This specification defines the following cipher suites for use with TLS 1.3.



```
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
```

https://datatracker.ietf.org/doc/html/rfc8446#section-1

The authenticated encryption operation has four inputs, each of which is an octet string:

A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.

A nonce N.  Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length.  Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement.  Other applications SHOULD use zero-length nonces.

A plaintext P, which contains the data to be encrypted and authenticated.

The associated data A, which contains the data to be authenticated, but not encrypted.
https://datatracker.ietf.org/doc/html/rfc5116

| | |
|---|---|
| | ## 2.2.  Authenticated Decryption<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above.  It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic.  A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A.  The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br>https://datatracker.ietf.org/doc/html/rfc5116<br><br>The AEAD output consists of the ciphertext output from the AEAD encryption operation.  The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender.  The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |
| 48.    The    software system   or   computer program of claim 39, further translatable for associating    a    first Message Authentication    Code | The standard practices associating a first Message Authentication Code (MAC) (e.g., message authentication code with hashing function) or first digital signature with each encrypted bit stream (e.g., encrypted bit stream with the signature encryption algorithm i.e., SHA256RSA, etc., and encrypted bitstream with the AEAD encryption algorithm i.e., TLS_AES_256_GCM_SHA384, etc.).<br><br>As shown below, the standard discloses a hashing function with each of the encryption |

| (MAC) or first digital signature with each encrypted bit stream. | algorithm. It performs a message authentication code with the utilized hashing function. |
|---|---|
| |  *Source: Fiddler Capture*  *Source: Fiddler Capture* |



*Source: Fiddler Capture*

*Source: Fiddler Capture*

The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m, h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.

https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf

```
The list of supported symmetric encryption algorithms has been
pruned of all algorithms that are considered legacy.  Those that
remain are all Authenticated Encryption with Associated Data
(AEAD) algorithms.  The cipher suite concept has been changed to
separate the authentication and key exchange mechanisms from the
record protection algorithm (including secret key length) and a
hash to be used with both the key derivation function and
handshake message authentication code (MAC).
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4